# Integrative Detention Health Services, Inc.



# Policy and Procedure Manual

## Approved By:

**Mike Cleveland, Sheriff
Hart County:** _____

**Robert J. Williams, M.D.
Medical Director:** _____

**Bruce A. Bailey, EMT-P/Nurse
CEO:** _____

Rev: 01/05



PLAINTIFF'S EXHIBIT 1

PLAINTIFF'S EXHIBIT 5

**Integrative Detention Health Services, Inc.**
**Policy And Procedure**

Policy Title:        **Continuity of Care During Incarceration**
                     **Discharge Planning**

NCCHC Standard:  **J-E-12, J-E-13**

## Policy

Medical personnel are to ensure that all inmates are given the chance to participate in the medical process as needed. In doing this the healthcare staff will have the responsibility to communicate with the inmate to become familiar with the potential for further treatment and or follow ups after their release from the detention facility.

## Procedures

1. During the initial screening or during the first visit to the clinic area the inmate will be asked by the healthcare provider for any pertinent history or medications taken in the past. Medical services will follow up with inmate's personnel physician or pharmacies for evidence of medical problems.

2. If during the incarceration period a medical condition presents and treatment is initiated IDHS, Inc. will ensure that the inmate is followed closely and if needed the inmate will be advised upon whom to follow up with if released.

3. Any inmate released that is unable to present to a physicians office or obtain medication immediately will be able to receive a minimal amount of medications to ensure that they continue their medication regime until an appointment can be made with the health dept. or mental health facility.

4. IDHS, Inc. will attempt to give the inmate all of the most up to date information on the condition and or disease process from which they suffer from. In doing this IDHS employees will assist the inmate in obtaining a local physician and ensuring that an appointment can be obtained within a responsible time frame. If inmate requires medications until the appointment IDHS will attempt to secure enough medications to give to the inmate.

**REV: 05/07**

# Integrative Detention Health Services, Inc.

## HEAD INJURY INSTRUCTIONS

A PERSON WITH A HEAD INJURY <u>MUST NOT BE LEFT ALONE IN THE FIRST 24-48 HOURS AFTER THE ACCIDENT,</u> BECAUSE COMPLICATIONS DEVELOP IN THIS TIME FRAME QUITE OFTEN.

REMEMBER TO WAKE THE PATIENT EVERY 2 HOURS IN THE FIRST 24 HOURS TO ASK HIM (1) HIS NAME, (2) THE DATE, AND (3) WHERE HE IS.

<u>CONTACT THE ON-CALL NURSE IMMEDIATELY IF:</u>

1. He's hard to awaken and can't answer one or more of the above questions.
2. He complains of blurry vision and/or dizziness.
3. He vomits more than once.
4. His speech is slurred and hard to understand.
5. His headache gets worse.
6. He isn't steady when he walks or if he falls.
7. One pupil is larger than the other is.
8. He bleeds or has a clear liquid dripping out of the nose or ears.
9. He has any convulsive-type movement (seizure activity).

REMEMBER…

1. Give aspirin or Tylenol only as directed by the physician.

2. No alcohol or drugs.

3. Give only clear liquids for the first 8 hours and then only light foods (for example oatmeal, puddings, mashed potatoes, etc.) for the next 24 hours.

---

NAME_____   DATE_____

| Date | Time | Officer |
|------|------|---------|
|      |      |         |
|      |      |         |
|      |      |         |
|      |      |         |
|      |      |         |

| Date | Time | Officer |
|------|------|---------|
|      |      |         |
|      |      |         |
|      |      |         |
|      |      |         |
|      |      |         |

**REV: 01/04**

## Integrative Detention Health Services, Inc.
## Policy And Procedure

**Policy Title:**      **Health Services Certifications and Training**

**NCCHC Standard:**   **J-A-02, J-C-01, J-C-03, J-C-09**

### Policy:

Providing health services in the Detention Center is a unique task, which requires particular experience and / or orientation for personnel. The facility physician systematically determines health care personnel requirements in order to provide inmate access to health care staff and services. The Detention Center provides proper initial orientation and continuing staff development to help re-emphasize the goals and philosophy of the health care system.

### Procedures:

**1. Health Authorities:**

    a.   Health authorities, including physician, dentist, and psychologist meet all state and federal licensure, certifications, or registration requirements. The clinical director maintains verification of current credentials on file. Services provided by contract meet all state and federal regulations. The facility administrator maintains verification of current contracts in file.

**2. Medical Personnel:**

    a.   Medical personnel are hired as a result of there past experience and performance focusing on medical assessment, psychiatric nursing, and health teaching skills.

    b.   Medical personnel meet all state and federal licensure, certifications, or registration requirements. The Clinical Director maintains verifications of current credentials on file.

    c.   The duties and responsibilities of medical personnel are governed by a written job description approved by the facility physician and maintained on file.

    d.   The orientation program is directed toward medical care of inmates, interfacing with the medical health services provided in the detention center, knowledge of community resources and how to utilize those resources, and awareness of the policies and procedures established by Integrative Detention Health Services, Inc.

    e.   Nurses are oriented to the detention center and are given security training by the shift supervisor or his / her designee before being independently assigned.

REV: 05/07

## Integrative Detention Health Services, Inc.
## Policy And Procedure

**Policy Title:**      **Administrative Meetings**

**NCCHC Standard:**   **J-A-04**

### Policy

Integrative Detention Health Services, Inc. will schedule a quarterly administrative meeting for each detention facility. The Responsible Health Authority (RHA) will coordinate to meet with the jail administrator, Sheriff, and or their designated representative. These meetings are designed for a means for the improvement of current services or delivery procedures, to discuss current issues or concerns and review the CQI process and all statistics gathered over the previous quarter.

### Procedures

1. The quarterly administrative meeting will be held on the first Friday of the first full week of every third month unless rescheduled by the RHA.

    a. The meeting will start at 1000 or when all members are present.

    b. Topics to be covered are last quarter's statistics, any related problems with delivery of care, and CQI issues from the previous quarter.

    c. Any educational topics or training needed by the detention facility staff will be set up by the RHA and be covered as soon as possible after the meeting.

    d. The RHA will take notes and ensure that a formulated report is issued to the Physician if not present and placed in the quarterly administrative meeting folder for review by employees who were absent.

**REV: 05/07**

## Integrative Detention Health Services, Inc.
## Policy And Procedure

**Policy Title:**        **Monitoring of Medical Services (Continuous Quality Care)**

**NCCHC Standard:   J-A-06**

### Policy

**In order to assure internal quality of health care in the detention facility, the physician of record does on-site monitoring of health services rendered by providers including physicians and dentist on a routine basis.**

### Procedures

1. Integrative Detention Health Services, Inc. Submits a monthly statistical report to the facility administrator which indicates the number of inmates receiving medical services by category of care. The physician reviews health records and pharmaceutical practices at the time of his monthly visits, assessing the effectiveness of the medical care system. The facility is inspected semi-annually for health and environmental conditions by the County Health Department. The findings of this authority are one source of basic information for the physician of record review.

2. The facility physician meets monthly with the facility administrator and the contract health services supervisor to review medical services of the detention facility and to report on the health care delivery system and health environment. Minutes are kept and serve as monthly reports.

3. Due to the small size of the facility, infection control meetings are incorporated in the monthly medical meeting. All infectious diseases are reported directly to the Health Department, as required by law.

4. Annually the facility physician, dentist, and psychologist review appropriate policies, procedures, and programs in the health care delivery system and make revisions as necessary. The physician, dentist, psychologist, nursing supervisor, facility administrator, and Sheriff sign a document, which indicates that they have done this annual review.

5. The facility physician reviews all medical incident reports.

6. IDHS, Inc. supervisor reports monthly statistics to the facility administrator. The supervisor conducts monthly audits of health records and other medical practices to assess the effectiveness of the medical care system. These findings are reported to the facility administrator, facility physician, and medical staff as appropriate.

7. There is a monthly IDHS staff meeting/quality assurance meeting. Nurses' meeting minutes are kept and quality assurance and chart audits are reviewed for the month at that time.

**REV: 05/07**

**Integrative Detention Health Services, Inc.**
**Policy And Procedure**

Policy Title:        **Medical Incident Reporting Under The Emergency Plan**

NCCHC Standard:  **J-A-07**

## Policy

Integrative Detention Health Services, Inc. completes a Medical Incident Report on all incidents involving employee or inmate injury, or medication errors.

## Procedures

1. The medical staff member involved with the incident completes the Medical Incident Report Form. If the incident occurs during recreational programs, the program staff member initiates the form. Medical staff completes the form.

2. The facility physician is notified immediately if the incident is of an emergent nature.

3. The facility physician reviews and signs all Medical Incident Report Forms. He examines the injury if deemed necessary on the next scheduled clinic day.

4. The original copy is filed in the medical supervisor's office. A copy is given to the appropriate Detention Center staff as deemed necessary.

**REV: 05/07**

**Integrative Detention Health Services, Inc.**
**Policy And Procedure**

**Policy Title:**      Communicable Disease Precautions/Medical Isolation

**NCCHC Standard:   J-B-01, J-B-04**

<u>**Policy**</u>

Inmates admitted to the isolation units with an infectious disease require special care, instruction, and precautions in order to prevent the spread of disease to other inmates or staff members in the Detention Center.

<u>**Procedures**</u>

1.      <u>Universal precautions:</u> Implementation, AIDS/ARC Inmates, are followed in all cases of communicable disease.

2.      <u>Respiratory isolation:</u>      Patients who have <u>confirmed</u> (AFB sputum positive) tuberculosis require respiratory isolation.  Patients housed in isolation unit to rule out active tuberculosis have respiratory precautions observed:

   a.      Private room with a door.  If no private room is available, the patient is sent to AMA in Augusta.
   b.      All persons entering the room wear masks and by the patient if leaving the room.
   c.      Tissues are discarded in a plastic bag.
   d.      Sputum specimens are labeled "r/o TB" and handled with care.
   e.      The Health Department is notified.
   f.      Disposal of garbage as indicated.
   g.      Ventilation control

2.      <u>Ectoparasite control:</u>

Ectoparasites such as pediculosis and scabies are skin infestations.  They are communicable and may lead to secondary infections.  The inmate is screened for this condition upon admission by asking the inmate, and treatment is provided per protocol.  The laundry is bagged separately in biodegradable or washable bags and marked to indicate that it is to be washed separately.  This includes the clothes an inmate is wearing at the time this was noted, and all clothing, bedding, and towels with which he has had contact.  The laundry washes the contaminated items separately from other laundry in hot, soppy water to kill the ectoparasites.

REV: 05/07

**Integrative Detention Health Services, Inc.**
**Policy And Procedure**

**Policy Title:**          **Detention Officer Medication Administration**

**NCCHC Standard:   J-C-05**

## Policy

Integrative Detention Health Services, Inc. does not maintain 24-hour on-site nursing services at small county facilities, so all detention center officers are trained in medication administration according to NCCHC Standards and acts as a correctional health coordinator by assisting with the delivery of medication administration.

## Procedures

Detention center officers are the first link in the health care delivery system at their facility. The officers are trained in the proper medication administration techniques of both non-prescription and prescription medications and given guidelines to follow to notify the on-call nurse to assist with any questions that they might have during this process.

All Detention Officers will be trained and tested on the following:

1. To know and understand the five "rights" of medication administration and the responsibilities that is involved.
2. To know the three label checks of medication administration.
3. To know the 13 safety rules for preventing medication errors.
4. To recognize commonly used abbreviations used on medication labels.

The detention officer will have to make a 100% on the posttest to be allowed to administer medications. If continued education is needed the IDHS, Inc. representative will take the time to educate the detention officer as needed to ensure that the detention officer has a good grasp on the proper technique.

In order to uncomplicated medication administration IDHS does medication administration at 0830 and 2030 hrs. The detention officer will administer the medications at the correct time using the following procedure:

1. All prescription medications will be dispensed from the blister pack and administered by the same detention officer as follows.

   a. The detention officer will take the medication cart to the cell's door and once the detention officer identifies the correct inmate he/she will then punch the correct prescription medicine out of the blister pack and into a cup of water and watch the inmate take the medication. The detention officer will then record the transaction on the prescription medication log form.
   b. All Controlled Substances will be kept in the Lock box and distributed as above with a double signature from the detention officers when given.

2. All non-prescription medications will be dispensed from the correct medication bottle and administered by the same detention officer as follows.

   a. The detention officer will take the medication cart to the cell's door and once the detention officer identifies the correct inmate he/she will then take the correct non-prescription medication and place it into a cup with water and watch the inmate take the medication. The detention officer will then record the transaction on the non-prescription medication log.

3. All medications that are in a cream form will be dispensed from the correct medication tube and administered by the same detention office as follows.

   a. The detention officer will take the medication cart to the cell's door and once the detention officer identifies the correct inmate he/she will then take the correct medication tube and apply a small amount to the inside of the cup and given to the inmate to apply. The detention officer will record the transaction on the prescription or non-prescription medication log as applicable.

4. If at any time the detention officer has any questions he/she should page the on-call nurse and ask them for clarification.

5. As per all procedures there are a few instances where medications will need to be administered at times other than 0830 and 2030. If this should arise the detention officers will be notified and advised on the times that the medications should be administered.

6. At times the following may happen the detention officer should follow these procedures.

   a. Pill dropped on the floor: The detention officer should dispose of it in the toilet and flush it and log on the medication log that the pill was dropped.

   b. The blister pack is coming apart and medications are falling out: Collect the medication and contact the on-call nurse and let them advise of the correct procedure to follow.

7. When inmates are booked into the detention facility they may have brought their own medication or a family member might bring it to the facility. If this happens during the booking process the detention officer will notify the on-call nurse for approval and instructions on how to administer the medication. If the medication is brought in at a later time, upon receipt of the medication, the detention officer will contact the on-call nurse for approval and instructions on how to administer the medication.

8. The On-call Nurse or the Responsible Health Authority should be contacted per the paging protocol at anytime the detention officer deems that necessary.

9. If at anytime time the detention officer questions the orders given by the on-call nurse they may page the responsible health authority for clarification.

Medication administration training is designed and delivered by qualified personnel assigned by the clinical director. The detention facility administrator may authorize only certain detention facility officers to administer medications and IDHS, Inc. will train the detention officers assigned by the detention facility administrator for this task upon hire and annually.

REV: 05/07

# Integrative Detention Health Services, Inc.
## Policy And Procedure

**Policy Title:**          **Correctional Health Liaison**

**NCCHC Standard:  J-C-08**

## Policy

Integrative Detention Health Services, Inc. does not maintain 24-hour on-site nursing services at facilities, so all detention center personnel are trained in CPR and Basic First aid according to the standards of the American Heart Association and American Red Cross. Each detention officer acts as a correctional health coordinator by assisting with the delivery of medical care.

## Procedures

Detention center officers are the first link in the health care delivery system at their facility. The officers are given guidelines to follow to notify the on-call nurse and to assist in the immediate delivery of life-sustaining care if needed. The officers are further trained in the following areas on a yearly basis:

1. CPR
2. Basic First Aid
3. Seizure Precautions
4. Suicide Prevention
5. Head injury precautions
6. Medication Administration
7. TB / HIV training
8. Bloodborne / Airborne Pathogens
9. MSDS Training
10. Hazardous Materials
11. Back Safety
12. Fire and Evacuation
13. Medical confidentiality
14. Any other pertinent training required by the facility

The delivery of training is designed and delivered by qualified personnel assigned by the clinical director. The detention facility administrator assigns detention facility officers to these classes upon hire.

REV: 05/07

**Integrative Detention Health Services, Inc.
Policy and Procedure**

Policy Title:          **Medical Treatment Protocols**

**NCCHC Standard:  J-D-02  (Old J-37, J-41)**

## Policy

Integrative Detention Health Services staff has protocols approved by the facility physician in the treatment of common illnesses for which over-the-counter medications may be used.

## Procedures

Following is a list of common illnesses for which over-the-counter medications may be used by the inmate. Medical staff evaluates the location, educate the inmate, and provide medication as indicated. The physician is called before giving any medications other than over-the-counter drugs.

### Acne

1.     Assessment:  Observe for pimples on face, back, or neck.
2.     Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity.
3.     Planning:  Wash face two to three times daily.  Keep hands off face.  Do not squeeze. Schedule clinic for medications.
4.     Evaluation:  If conditions do not improve or resolve, reschedule clinic. Inmate to follow up with medical.

### Athlete's foot

1.     Assessment:  Observe for cracking and weeping.  Sometimes dry skin looks like tinea pedis.
2.     Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity.
3.     Planning:  Apply tinactin cream bid or Clortrimazole cream bid for 14 days.
4.     Evaluation:  If not resolved in 2 weeks, see physician. Inmate to follow up with medical.

### Burns

**First Degree**
1.     Assessment:  Assess degree of burn.  First degree is redness without blisters and with pain.
2.     Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity.
3.     Planning:  Place a cool cloth on burn or immerse in cool water.  APAP/ASA as directed (minor aches and pains).
4.     Evaluation:  Chart outcome. Inmate to follow up with medical.

**Second Degree**
1.     Assessment:  Assess degree of burn.  Second degree is redness with blisters and pain.
2.     Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity.
3.     Planning:  Call physician for moderate to large burn.  If very small, immerse in cool water. Provide wound care and observe for infection.
4.     Evaluation:  If not healing well or infected, call physician.  Schedule clinic for follow up on large burns.  Chart follow-up care. Inmate to follow up with medical.

**Third Degree**
1.  Assessment:  Assess degree of burn.  Charred.
2.  Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity; 1.4.1.1, Altered tissue perfusion.
3.  Planning:  Call physician for moderate area.
4.  Evaluation:  Chart follow-up care. Inmate to follow up with medical.

<u>Callous</u>
1.  Assessment:  Assess area.
2.  Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity.
3.  Planning:  Schedule clinic.
4.  Evaluation:  If not resolved in 2 weeks, reschedule clinic. Inmate to follow up with medical.

<u>Cold</u>

1.  Assessment:  Ask inmate about bid symptoms.  Take bid temperature.  Check throat, lungs, and ears.
2.  Nursing diagnosis:  1.2.1.1, High risk for infection.
3.  Planning:  Sudafed 60 mg prn OR Actifed 1 prn generic cold/sinus, 2 tabs bid.  Hold blood pressure 160/95.  For temperature above 101 degrees F, call physician.
4.  Evaluation:  If medication is needed for longer than 1 week or fever is more than 101 degrees F, schedule clinic. Inmate to follow up with medical.

<u>Cold Sores</u>

1.  Assessment:  Observe lesion.
2.  Nursing diagnosis:  1.6.2.1.1, Altered oral mucous membrane.
3.  Planning:  Camphophenique
4.  Evaluation:  If not resolved in 2 weeks, schedule clinic. Inmate to follow up with medical.

<u>Constipation</u>

1.  Assessment:  Inmate should define as hard or infrequent stools.  Assess bowel sounds and evaluate for abdominal pain.
2.  Nursing diagnosis:  1.3.1.1, Constipation.
3.  Planning:  Milk of Magnesia 30 cc at bedtime followed by Metamucil 1 tsp two to three times daily.  Call physician if abdominal pain or no bowel sounds.
4.  Evaluation:  Schedule clinic if symptoms persist. Inmate to follow up with medical.

<u>Contact Lens Care</u>

1.  Assessment:  Applies to inmates with contacts.
2.  Nursing diagnosis:  7.2, Sensory/perceptual alteration.
3.  Planning:  Provide contact case and solutions dispensed by nurse.
4.  Evaluation:  Adequate contact equipment provided.  If inmate wishes to purchase saline (unopened package), he may keep that in his cell.  All other cleaners must be kept on cart or in mini-control. Inmate to follow up with medical.

<u>Cough</u>

1.  Assessment:  Ask inmate about symptoms.  Check temperature, lung sounds, and color of sputum.
2.  Nursing diagnosis:  1.2.1.1, High risk for infection.
3.  Planning:  Guiatuss DM 2 tsp q4h.  If cough producing green/yellow sputum and fever present, notify physician.

4.  Evaluation:  If symptoms persist longer than 1 week, notify physician. Inmate to follow up with medical.

## Dandruff

1.  Assessment:  Examine hair for flaky scalp.
2.  Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity.
3.  Planning:  Inmate can obtain dandruff shampoo at commissary.
4.  Evaluation:  If inmate condition does not improve or indigent, see physician. Inmate to follow up with medical.

## Diarrhea

1.  Assessment:  Take temperature and pulse.
2.  Nursing diagnosis:  1.4.1.2.2.1, Fluid volume deficit.
3.  Planning:  Clear liquids for 24 hours.  Kaopectate or anti-diarrhea as directed.
4.  Evaluation:  Call physician if symptoms last longer than 24 hours or for temperature above 101 degrees F. Inmate to follow up with medical.

## Dry skin/lips

1.  Assessment:  Evaluate skin for dry or scaly areas.
2.  Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity.
3.  Planning:  Avoid detergent soaps.  Use moisturizing soap.  Bathe every other day.  Limit soap use too auxiliary, pubic, and perineal areas.  Eucerin cream daily to dry areas. Vaseline for lips.
4.  Evaluation:  See physician if not resolving or worsening. Inmate to follow up with medical.

## Ear Wax

1.  Assessment:  Evaluate ear canals for wax.  If unable to see eardrum, proceed.
2.  Nursing diagnosis:  7.2, Sensory/perceptual alteration.
3.  Planning:  Debrox 5 to 10 gtts bid in ear(s) for 3 days.  Start on Monday.  Irrigate with warm water at time of clinic.
4.  Evaluation:  Ears will be clear of wax or repeat procedure. Inmate to follow up with medical.

## Eyes  (Irritated)

1.  Assessment:  Check vision for redness.
2.  Nursing diagnosis:  None.
3.  Planning:  Do not use medication if patient has pain or problems with vision.  Otherwise, use saline eye rinse.
4.  Evaluation:  Notify physician if symptoms do not resolve or if there is eye pain or visual changes. Inmate to follow up with medical.

## Fainting

1.  Assessment:  Evaluate of loss of consciousness and non-verbal response.
2.  Nursing diagnosis:  1.4.1.1, Altered tissue perfusion.
3.  Planning:  Aromatic ammonia.  Crush covered capsule between fingers and carefully allow subject to inhale vapor.  Do not use if face is flushed.  Check vital signs.
4.  Evaluation:  Notify physician if loss of consciousness does not return to normal or any signs of injury. Inmate to follow up with medical.

**Fever**

1.     Assessment:  Take temperature.
2.     Nursing diagnosis: 1.2.2.1, Ineffective bid thermoregulation.
3.     Planning:  Continue to monitor daily.  APAP/ASA as directed (minor aches and pains).  If fever is above 101 degrees F or lasts above 2 days, notify a physician.
4.     Evaluation:  Fever will resolve or notify physician. Inmate to follow up with medical.

**Headaches**

1.     Assessment:  Check inmate's blood pressure and pulse.
2.     Nursing diagnosis: 9.1.1, Pain.
3.     Planning:  If any associated neurologic symptoms, such as weakness, numbness, or unequal pupils, call physician immediately.  Otherwise, APAP/ASA as directed (minor aches and pains).
4.     Evaluation:  None. Inmate to follow up with medical.

**Heartburn**

1.     Assessment:  Assess type of pain.  Rule out chest pain.
2.     Nursing diagnosis:  98.1.1, Pain.
3.     Planning:  After ruling out chest pain, give Mylanta 15 to 30 cc qid prn or Tums 3-4 prn.
4.     Evaluation:  If chest pain, diarrhea, or symptoms persist above 1 week, notify physician. Inmate to follow up with medical.

**Hemorrhoids**

1.     Assessment:  Check the rectal area, if inmate allows, to see large swollen, usually purple in color, hemmorrhoid.
2.     Nursing diagnosis: 1.6.2.1, Impaired tissue integrity.
3.     Planning:  Hot soaks, increase fluids, no straining with stools.  Anusol HC suppositories 1 bid and Metamucil 1 tsp two to three times a day.
4.     Evaluation:  If symptoms don't resolve in 1 week, schedule with physician to check for perirectal warts. Inmate to follow up with medical.

**Lice**

1.     Assessment:  Check for lice or crabs.
2.     Nursing diagnosis:  6.5.2, Bathing/hygiene self care deficit.
3.     Planning:  Change clothes, bedding, spray cell. Shower with Kwell shampoo 1 oz. as directed on package insert.
4.     Evaluation:  May repeat one time in next week.  Notify physician if more than two applications needed. Inmate to follow up with medical.

**Mace and pepper gas**

1.     Assessment:  Inmate will complain of burning and being sprayed with mace.  Facial/eye redness.  May be officer report.
2.     Nursing diagnosis: 1.6.2.1.1, Altered oral mucous membrane.
3.     Planning:
    Mace:  Wash all affected areas with soap and water, especially hands and face.  Mace is petroleum based and continues to cause irritation if not removed.  Saline rinse to eyes.
    Pepper:  Wash all affected areas with tap water.  May cause swelling of mucous membranes.  Expose to fresh air if possible.
4.     Evaluation:  Continue to monitor until improved. Inmate to follow up with medical.

## Minor aches and pains

1. Assessment:  Assess pain and origin.  Rule out drug allergies and pregnancy.
2. Nursing diagnosis:  9.1.1, Pain.
3. Planning:  Acetaminophen (APAP) 500 mg.  1 to 2 tablets bid prn, Buffered Aspirin (ASA) 650-mg prn, or Motrin 800-mg bid.
4. Evaluation:  For occasional use only.  See physician if symptoms persist greater than two consecutive weeks. Inmate to follow up with medical.

## Muscle soreness and minor strains

1. Assessment:  Examine injured part.  Rule out questionable fracture.
2. Nursing diagnosis:  6.1.1.1, Impaired physical mobility.
3. Planning:  Simple stretching of area.  Analgesic balm prn.  APAP/ASA (minor aches and pains).
4. Evaluation:  Continue follow-up until improved or see physician. Inmate to follow up with medical.

## Nasal congestion

1. Assessment:  If inmate complains of congestion, check for hypertension (history or take blood pressure).  Blood pressure needs to be controlled (less than 160/95).
2. Nursing diagnosis:  1.5.1.2, Ineffective airway clearance.
3. Planning:  Sudafed 60-mg prn or Chlorphenarmine one bid prn.
4. Evaluation:  Schedule clinic bid if pus noted or if no improvement in a few weeks. Inmate to follow up with medical.

## Periodontal disease

1. Assessment:  Examine the teeth and gums to see if they are red, swollen, and with pockets forming.  Gingival borders are usually receding from the gums.
2. Nursing diagnosis:  1.6.2.1.1, Altered oral mucous membrane.
3. Planning:  Brush teeth and gums three to four times daily.  Floss daily.  Call dentist or physician if pus noted.
4. Evaluation:  Schedule clinic if pus noted or if no improvement in a few weeks. Inmate to follow up with medical.

## Rash

1. Assessment:  Observe rash type, location, extent, and possible causes.  Check temperature.
2. Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity.
3. Planning:  If localized without fever and open sores, apply Cortisone cream or Calamine lotion.  If generalized or with fever, call physician.
4. Evaluation:  Continue to evaluate until clear or schedule clinic if not resolving.  Inmate to follow up with medical.

## Scabies

1. Assessment:  Examine skin for scabies or mites.  If unsure, call physician or schedule clinic.
2. Nursing diagnosis:  6.5.2, Bathing/hygiene self care deficit.
3. Planning:  Change clothes, bedding, spray cell.  Shower.  Lindane lot 1% 30 cc as directed on insert.  May repeat in 1 week.
4. Evaluation:  Evaluate for additional infection.  Call physician if more than two treatments required. Inmate to follow up with medical.

## Sleep watch

1. **Assessment:** Inmates who complain of inability to sleep and show no signs of other problems such as depression, monitor sleep patterns over 3 days (72 hours).
2. **Nursing diagnosis:** 6.2.1, Sleep pattern disturbance.
3. **Planning:** Complete Inmate Behavior Report to start 72-hour sleep check. Pod officer to observe inmate every 60 minutes and record activity.
4. **Evaluation:** If depression or mental health concerns, refer to Counseling. Call physician if sleeping less than 5 hours in 24 hours over a 3-day period. Leave sleep checks in chart to be signed by physician. Inmate to follow up with medical.

## Sore throat/strep throat

1. **Assessment:** Examine throat. Take temperature.
2. **Nursing diagnosis:** 1.2.1.1, High risk for Infection.
3. **Planning:** If inmate has pustular throat and fever, call physician for medication orders. Take throat culture for strep (if ordered). Salt water gargle. Drink lots of fluids. Rest.
4. **Evaluation:** Follow up with temperature check until normal. Inmate to follow up with medical.

## Sprains and contusions

1. **Assessment:** Evaluate amount of swelling and range of motion of the area or joint.
2. **Nursing diagnosis:** 1.6.2.1, Impaired tissue integrity; 6.1.1.1, Impaired physical mobility.
3. **Planning:** If severe pain, swelling, or decreased circulation, send for x-ray or to Hospital. Notify the physician as soon as possible or splint area loosely with ace, ice, give crutches as needed, elevate, and rest affected area. Recreation restriction.
4. **Evaluation:** Schedule next clinic visit. Continue to evaluate for worsening symptoms. Inmate to follow up with medical.

## Toothache

1. **Assessment:** Check tooth and gums to see if there is redness or swelling. Check temperature.
2. **Nursing diagnosis:** 9.1.1, Pain; 1.2.1.1, High risk for Infection.
3. **Planning:** If elevated temperature, pain, redness, or swelling, call doctor or dentist. If minor, APAP/ASA (see minor aches and pains).
4. **Evaluation:** Schedule doctor or dental clinic. Inmate to follow up with medical.

## Trustee injuries

1. **Assessment:** Assess trustee injured/ill. Release from work.
2. **Nursing diagnosis:** 6.1.1.2, Activity intolerance.
3. **Planning:** Determine due to extent of injury or illness if inmate is to be off work 1 to 3 days. Send Inmate Behavior Report with anticipated return. Re-evaluate daily. Keep pod officer and inmate work supervisor informed. If trustee to be out more than 3 days, notify on Inmate Behavior Report.
4. **Evaluation:** If inmate discharged due to medical reasons, will need to see physician for clearance for work. If less than 3 days trustee not discharged, notify pod office and work supervisor of return to work and any working restrictions. Inmate to follow up with medical.

**Vitamins**

1. Assessment: Inmates that request vitamins.
2. Nursing diagnosis: 5.4, Health-seeking behaviors.
3. Planning: Inmate may have friend or family go to Pharmacy and purchase multi-vitamins of choice. The vitamins will then be the property of that inmate to be given at release. Dispense as directed.
4. Evaluation: Dispense as directed. If released before used, return on release. Inmate to follow up with medical.

**Vomiting**

1. Assessment: Check blood pressure, pulse, and temperature. Evaluate for abdominal pain.
2. Nursing diagnosis: 1.4.1.2.2.2, High risk for fluid volume deficit.
3. Planning: Call physician if vital signs abnormal and abdominal pain. Clear liquids for 24 hours.
4. Evaluation: Continue to evaluate until resolved. Inmate to follow up with medical.

**Warts**

1. Assessment: Observe for warts.
2. Nursing diagnosis L: 1.6.2.1.2.1, Impaired skin integrity.
3. Planning: Compound W bid, mild washcloth scrub.
4. Evaluation: Continue medication until resolved. Clinic if not resolving or worsening. Inmate to follow up with medical.

**Weight loss**

1. Assessment: Inmate with complaints of weight loss.
2. Nursing diagnosis: 1.1.2.2, Altered nutrition - less than body requirements.
3. Planning: Get base line weight at time of complaint if physical exam not done yet.
4. Evaluation: Schedule clinic. Inmate to follow up with medical.

**Wounds**

1. Assessment: Assess wound noting location, length, depth, and cause of wound.
2. Nursing diagnosis: 1.6.2.1.2.1, Impaired skin integrity; 1.2.1.1, High risk for infection.
3. Planning: Cleanse with soap and water, then Betadine (check allergies). Apply triple antibiotic and dressing. Shallow wounds other than face may be steri-stripped. Change dressing daily and prn. Call physician for any wound resulting from human bites. D.T. 0.5 cc IM (if last shot more than 10 years ago). Call physician if there is redness, swelling, or discharge.
4. Evaluation: Continue wound care and evaluation until healed or schedule clinic. Inmate to follow up with medical.

REV: 05/07

**Integrative Detention Health Services, Inc.
Policy And Procedure**

Policy Title:          **Access to Diagnostic Equipment And Services**

NCCHC Standard:   **J-D-04**

## Policy

The Detention Center provides inmates access to diagnostic services as deemed necessary by medical services.

## Procedures

1.  **Laboratory:** The contracted lab advises the clinical staff what type of blood/urine/swab specimens to collect and they are sent to the appropriate lab. The contracted lab has a representative available 7 days a week, 24 hours a day for emergencies. Routine labs are drawn Monday through Friday.

2.  **X-Ray:** Routine x-rays during regular working hours are sent to the appropriate office. They are called prior to transporting to ensure they can do them. Hours are Monday through Friday, 0830-1700 hours. Urgent x-rays due at other times are done at Wills Memorial Hospital.

3.  **In-House lab testing:** Some lab testing is done in-house including:

    a.  **Multi-Test Dipstick Urinalysis**
    b.  **Glucose Testing by:**
        (1)  **Dip Stick Urine**
        (2)  **Finger Stick – Blood (Tracer)**
    c.  **Stool Hemocult.**
    d.  **Pregnancy Test Kits**

REV: 05/07

**Integrative Detention Health Services, Inc.
Policy And Procedure**

Policy Title:        **Health Assessment**

NCCHC Standard:  **J-E-04**

<u>Policy</u>

**Health appraisal data for each inmate is collected in order to properly classify inmates, promote awareness of and respond to their medical conditions, and maintain adequate records of each inmate's health status. The Detention Center provides necessary medical care and referrals throughout an inmate's stay in the facility.**

<u>Procedures</u>

1.    <u>Preliminary health screening:</u>

   a.     The admitting officer conducts the initial health screening at time of booking. If the inmate has a medical condition requiring evaluation before being booked, the officer notifies the on call nurse.

   b.     After admission, the nurse on duty is notified and a physical assessment and a brief medical history is completed within the first 24 hours of incarceration as deemed necessary. Initial screening includes:

      (1)     Inquiry into current illness and health problems, including venereal diseases and other infectious diseases; dental problems; mental health problems; use of alcohol and other drugs, including types of drugs used, mode, of use, amounts used, frequency used, date or time of last use, and history of any problems that may have occurred after ceasing use (e.g., convulsions); past and present treatment or hospitalization for mental disturbance or suicide; possibility of pregnancy; and other health problems designated by the responsible physician.

      (2)     Observation of behavior, including state of consciousness, mental status, appearance, conduct, tremor, and sweating; body deformities, ease of movement, etc.; and condition of skin, including trauma markings, bruises, lesions, jaundice, rashes and infestations, and needle marks or other indications of drug abuse.

      (3)     Medical disposition of inmate to general population OR general population with prompt referral to appropriate health care service OR referral to appropriate health care service for emergency treatment.

2.    <u>Medical exam:</u>  Each inmate whose stay exceeds 14 days receives a medical examination within 14 days of admission, or at the next clinic date. Qualified health personnel collect all health data.

   a.     <u>Health history:</u>  The inmate's history is a self-administered form. It is given to the inmate to be completed before the scheduled physical examination. If the inmate

cannot read or write, or does not understand the questions, a staff member on duty administers the form and makes appropriate notations. The health history is filed in the inmate's medical file.

b.   Physical exam:   The medical exam is conducted by the physician, nurse practitioner, or designee, as designated by the physician in the medical room using the Physical Examination Form to document his findings. A preliminary dental screening is also conducted at this time. In addition to the medical exam, the physician reviews the preliminary health screening form and health history and reviews the inmate's height and vital signs. The physician orders other tests and/or examination as he deems necessary, and initiates the appropriate treatment.

If the inmate has obtained a physical exam within the last 90 days, it is at the physician's discretion to obtain a physical examination. Copy of physical examination may be requested from health provider if inmate and physician so designate.

All trusties have a physical exam before working. All inmates have PPD skin test for TB screening.

c.   Diagnostic workups:     Area private and public diagnostic laboratories provide diagnostic workups as outlined in protocols or as per specific doctor's orders.

3.   Medical preventive maintenance: This includes health education and medical services (such as inoculations and immunizations) provided to take advance measures against disease and instruction in self-care for chronic conditions. Self-care is defined as care for a condition, which can be treated by the inmate and may include "over the counter" type medications. Subjects for health education may include:

a.   Personal hygiene and nutrition
b.   Venereal disease, tuberculosis, and other communicable diseases
c.   Effects of smoking
d.   Self-examination for breast cancer
e.   Dental hygiene
f.   Drug abuse and danger for self-medication
g.   Family planning including, as appropriate, both services and referrals
h.   Physical fitness
i.   Chronic diseases and/or disabilities

4.   Continuity of care:      Each inmate receives individual care, as his medical needs dictate. If at time of release from the Detention Center, the inmate requests medication, a prescription is called into the pharmacy for a week's worth of medicine until he can see his personal physician.

If needed, the inmate is referred to a specialist for special needs while he is incarcerated or is referred to special medical programs, including chronic care or convalescent care, as needed.

Pregnant inmates receive comprehensive counseling, prenatal care and assistance in keeping with their expressed desires in planning for their unborn children.

# Integrative Detention Health Services, Inc.
## Policy And Procedure

**Policy Title:**       Oral Care and Screening Procedures

**NCCHC Standard:  J-E-06**

## Policy

In order to prioritize inmates' dental needs, the medical staff utilizes the following criteria for scheduling dental care. A qualified provider will screen the inmate within 14 days and the qualified provider will address oral hygiene and prevention. The qualified provider will coordinate dental visits and at a minimum any inmates that remain incarcerated for 12 months will be scheduled for a dentist visit.

## Procedures

1.  **Initial screening:**       The standard of care is to ask how long since they have been to a dentist and what they have done then.

2.  **Priority I:**
    a.    Pain

        (1)     Acute exacerbation of a chronic problem
        (2)     Trauma – broken tooth due to chewing, fall, fight, etc.

    b.    Swelling

        (1)     Caused by infection
        (2)     Large deep decay
        (3)     Periodontal (gums)

    Usually a prescription is needed.

3.  **Priority II:**
    a.    Deep cavities – obvious to see but no patient complaint.
    b.    Periodontal – gums swollen, puffy, bleed easily, visible calculus, may be painful.

    (Instruction in brushing and flossing needed.)

4.  **Priority III:**
    a.    Obvious cavities, but not large gaping holes, no problem for patient.
    b.    Periodontal – same as Priority II, but less severe.

5.  **Priority IV:**
    a.    No obvious visible decay.
    b.    Slight periodontal disease.

    (Instruction in brushing and flossing needed.)

REV: 05/07

## Integrative Detention Health Services, Inc.
## Policy And Procedure

**Policy Title:**      **Health Education and Promotion**

**NCCHC Standard:   J-F-01**

### Policy

Medical personnel are to ensure that all inmates are given the chance to participate in the medical process as needed. If during this process the healthcare staff finds any conditions that exist they will immediately start to educate the inmate on the disease process and the corrective actions that need to be implemented to improve the outcome of this disease process.

### Procedures

1.  During the initial screening or during the first visit to the clinic area the inmate will be asked by the healthcare provider for any pertinent history or medications taken in the past. Medical services will follow up with inmate's personnel physician or pharmacies for evidence of medical problems.

2.  If during the incarceration period a medical condition presents and treatment is initiated IDHS, Inc. will ensure that the inmate is given all of the current educational materials that IDHS can obtain on the disease process and will be followed closely to ensure a healthy outcome.

**REV: 05/07**

**Integrative Detention Health Services, Inc.
Policy And Procedure**

Policy Title:         **Inmate Exercise**

NCCHC Standard:   **J-F-03**

<u>Policy</u>

The Detention Center provides adequate exercise time for all inmates. IDHS ensures that all inmates are offered this time as often as possible.

<u>Procedures</u>

1.  IDHS will ask inmates if they have been able to do some sort of exercise activity during the history and physical and during sick call visits.

2.  Any inmate that is denied exercise activities by the detention facility staff will be followed up by the medical staff as soon as possible.

3.  Any inmate placed on special duty or light duty with no exercise allowed will be followed up by the medical staff on every clinical visit.

REV: 05/07

## Integrative Detention Health Services, Inc.
## Policy And Procedure

**Policy Title:**       **Use of Tobacco Products**

**NCCHC Standard:**   **J-F-05**

### Policy

Integrative Detention Health Services, Inc. will ensure that all areas of the detention facility remain smoke free. Inmates are not allowed tobacco products while incarcerated at this facility. All areas of the detention facility are smoke free.

### Procedures

1. Medical services does not allow smoking in any portion of the facility.

2. Any inmate that requires assistance with the cessation or abatement of nicotine products will be offered assistance including nicotine replacement products when medically required.

**REV: 05/07**

**Integrative Detention Health Services, Inc.**
**Policy And Procedure**

**Policy Title:**          **ETOH Medical Procedures**

**NCCHC Standard:  J-G-06**

## Policy

Integrative Detention Health Services, Inc. staff has standing orders approved by the facility physician in the treatment of ETOH medical conditions.

## Procedures

The nurse attempts to gain maximum cooperation between medical, mental health, security, and programs staff to ensure a more comprehensive plan of care for those inmates who may have special needs. Adequate instructions, appropriate housing assignments, disciplinary management, and the work assignments are reviewed frequently and on and on going basis to facilitate safe care for the inmate.

### Alcohol Detoxification

1. **History:** Inmate usually consumes large quantities of alcoholic beverages during the few days prior to admission, and is observed for signs of withdrawal, including shaking, nervousness, hallucinations, and seizures.

   a.  Ask inmate of previous withdrawal history, including specific symptoms (e.g., shakes, hallucinations, seizures, and last seizure).
   b.  Has inmate taken medications for withdrawal? If so, what.
   c.  Time of last drink.
   d.  Take vital signs.
   e.  Evaluate for signs of trauma or injury and level of consciousness.

2. **Physician:** Call if seizure or hallucination history or if vital signs unstable.

3. **Education:** Encourage meals and lots of liquids. Notify if symptoms worsen.

4. **Medication: Call Physician.**

   a. Thiamin 100 mg qd for 7 days and/or
   b. Vistaril 50 mg qid prn for 7 days and/or
   c. Librium 25 – 50 mg qid prn (or up to 400 mg qd) for 3 – 5 days and/or
   d. Dilantin 500 mg qd for 2 days, then 300 mg qd for 10 days.

5. **Watch:** Start 30/15 watch. Cot or lower bunk if seizure history. Record vital signs while on watch or meds.

REV: 05/07

**Integrative Detention Health Services, Inc.**
**Policy And Procedure**

**Policy Title:** ·        **Specimen Collection for Legal Purposes**

**NCCHC Standard:  J-I-03**


## Policy

**Medical personnel do not collect specimens for legal purposes. Legal specimens may be collected by community medical personnel only when an inmate gives informed consent OR individual requesting specimen presents a court order signed by judge involved in the case.**

## Procedures

1.  **Medical services does not collect or assist in collecting any legal specimens except in an emergency.**

2.  **An independent lab or hospital draws all legal specimens.**

3.  **Any inmate requesting legal specimens for his/her defense may do so at their own expense.**

**REV: 05/07**

## Integrative Detention Health Services, Inc.
## Policy And Procedure

**Policy Title:**       **Specimen Collection for Legal Purposes**

**NCCHC Standard:**  **J-I-03**

### Policy

Medical personnel do not collect specimens for legal purposes. Legal specimens may be collected by community medical personnel only when an inmate gives informed consent OR individual requesting specimen presents a court order signed by judge involved in the case.

### Procedures

1. Medical services does not collect or assist in collecting any legal specimens except in an emergency.

2. An independent lab or hospital draws all legal specimens.

3. Any inmate requesting legal specimens for his/her defense may do so at their own expense.

**REV: 05/07**

## Integrative Detention Health Services, Inc.
## Policy And Procedure

**Policy Title:**       **Medical and Other Research**

**NCCHC Standard:   J-I-07**

### Policy

This Detention Facility does not participate in any type of medical research, or allow the admittance of any inmate participating in any type program.

### Procedures

1.  No Inmate being housed in this facility will partake in any medical research program.

2.  This facility will not voluntarily approve the housing of any inmate participating in any type of medical research program.

3.  In order to assure this the on call nurse will be notified prior to booking in any inmate who might possibly be participating in any medical research program.

**REV: 05/07**

**Integrative Detention Health Services, Inc.
Policy And Procedure**

Policy Title:          **Special Medical Procedures**

NCCHC Standard:   **J-E-05, J-E-09, J-E-11, J-G-01, J-G-06
                    J-G-07, J-G-08, J-G-10, J-I-01, J-I-02**

## Policy

Integrative Detention Health Services, Inc.  Staff has protocols approved by the facility physician in the treatment of special medical conditions.

## Procedures

The nurse attempts to gain maximum cooperation between medical, mental health, security, and programs staff to ensure a more comprehensive plan of care for those inmates who may have special needs.  Adequate instructions, appropriate housing assignments, disciplinary management, and work assignments are reviewed frequently and on an on-going basis to facilitate safe care for the inmate.

### Alcohol detoxification

1.   History:  Inmate usually consumes large quantities of alcoholic beverages during the few days prior to admission, and is observed for signs of withdrawal, including shaking, nervousness, hallucinations, and seizures.
     a.   Ask inmate of previous withdrawal history, including specific symptoms (e.g., shakes, hallucinations, seizures, last seizure).
     b.   Has inmate taken medications for withdrawal?  If so, what.
     c.   Time of last drink
     d.   Take vital signs
     e.   Evaluate for signs of trauma or injury and level of consciousness.
2.   Physician:  Call if seizure or hallucination history or if vital signs unstable.
3.   Education:  Encourage meals and lots of liquids.  Notify if symptoms worsen.
4.   Medication:  Call physician.
     a.   Thiamine 100 mg po qd for 7 days and/or
     b.   Vistaril 50 mg qid prn for 7 days and/or
     c.   Chlordiazepoxide (Librium) 25-50 mg qid prn (or up to 400 mg qd) for 3 to 5 days and/or
     d.   Dilantin 500 mg qd for 2 days, then 300 mg qd for 10 days.
5.   Watch: Start 30/15 watch. Cot or lower bunk if seizure history.  Record vital signs while on watch or meds.  Send Inmate Behaivor Report.

### Allergic Reaction Acute

1.   An inmate who has an acute reaction to medications or insect venom may require epinephrine if signs of acute respiratory distress.
2.   Medication: "Bee sting kit," Epinephrine as directed.
3.   Call physician.  If symptoms do not resolve quickly, call an ambulance.

## Antabuse

1. Antabuse is given to inmates upon court order or request. The inmate completes the history and physical exam. It is important to know whether or not the inmate has had any cardiac or liver problems in the past.
2. Education: Give education sheet and/or pamphlet. Chart that inmate received.
3. This is a voluntary drug and anyone may refuse to take it.
4. If the inmate is on work release, a SGOT is done 2 weeks after starting the medication. Thereafter, a CBC and basic chemical panel are done every 6 months by the inmate's private physician.
5. If an inmate has a court order and wishes to start before next clinic day, he may see his personal physician at his expense.
6. Medication: Schedule for clinic. Starting 5 days prior to release Antabuse 500 qd for 5 days, then 250 mg qod. If inmate is released, 10 tabs may be phoned to the pharmacy, one qd, with no refill. If inmate is on work release, he purchases his own medication.

## Anticoagulants

1. Inmate tells of history for present use of drugs, usually Coumadin.
2. Education: Take no aspirin products. Should not eat large quantities of green vegetables.
3. Order Prothrombin time as soon as possible after admission and the results are called to the physician. Thereafter, the protimes are done every 2-4 weeks during incarceration.
4. If there is any question of inmate being non-complaint with medications prior to booking, an evaluation at the hospital emergency room is required prior to accepting inmate.
5. Send an Inmate Behavior Report to pod indicating inmate is on blood thinners and place inmate on recreation restriction.

## Chest pain

1. Inmates who have a prescription for Nitroglycerin (Nitrostat) 0.4 mg may carry three tabs on them in sealed plastic bottle labeled with medication name and inmate's name. Staff are notified by Inmate Behavior Information Report form. Record on Medical Administration Record (MAR) when taken.
2. If the inmate has had a history of heart problems or appears that he is having angina (e.g., left anterior chest pain radiating to the left arm, severe sweating, shortness of breath, appears to be in distress), give Nitroglycerin 0.4 mg sublingual and oxygen at 3-4 lpm immediately and notify physician. If not relieved after three tablets 5 minutes apart, call for an ambulance.

## Contraceptive

1. Medication: Inmate may be maintained on pre-prescribed medication unless she will be in the facility for longer than 3 months. Schedule clinic for evaluation.

## Diabetes

1. Diabetics are maintained on the same diet and medication they were on prior to admission, or no concentrated sweets.
2. Tracer or finger stick glucose ac and hs until stable, then prn by doctor or nurses order. (Use lancet only; no penlet).
3. Education: Diet (no concentrated sweets such as orange juice and sugar, followed by protein snack.
4. Send an Inmate Behavior Report to pod indicating that inmate is diabetic.
5. Schedule for next clinic visit.

<u>**Disabled inmate (mental or physical)**</u>

1.　　Individual and personal care plans are developed for each inmate depending upon their special needs. Instructions are given to security staff on an Inmate Behavior Report.

2.　　Coordination is done by the medical, counseling, and security staff, if necessary, to help provide the health care plan which is part of the orders.

　　a.　　Housing:  The classification board decides which housing unit is the best for the individual.  One of the things that is considered is the protection of the inmate from harm and abuse by others.  If necessary, they are housed in an observation area.

　　b.　　Special needs:  Usually each individual person has special needs such as special commode, assisted walking devices, special mattress for quads, etc.  These are written as orders on the order sheet.

　　c.　　Special diets:  These are arranged through the kitchen and are ordered by medical.

　　d.　　Medication:  Every effort is made to maintain an individual on their previous medication and attempts are made to confirm these with the prescribing physician.

3.　　See also Policy No. 7700.27, for prosthetic devices.

<u>**Drug withdrawal**</u>

1.　　With drugs such as amphetamines, barbiturates, or minor tranquilizers, persons may develop abstinence syndromes and become withdrawn over a period of 2-3 weeks.

2.　　The nurses evaluate the person by doing a review of their history of drug use.

3.　　The physician is notified of the chronic abuse of these inmates and he prescribes a schedule of decreasing doses of medication over a period of time.

4.　　The nurse, after making his/her initial evaluation of the inmate, includes in her treatment course referral to the mental health staff for supportive communication and referral to outside agencies for further treatment and support upon release from this facility.  The inmate's chart reflects an ongoing documentation of the inmate's response to medication, emotional stability, involvement in in-facility programs, and planning prior to release for involvement in appropriate community programs.

5.　　Security personnel are notified by Inmate Behavior Observation Report to watch for the above signs and symptoms if deemed necessary by the medical services staff.

6.　　Vital signs are tid until watch dropped or stable.

<u>**Opiates**</u>

1.　　Check arms and legs for track marks and any signs of infection.  Check blood pressure and pulse.  Determine when last dose of drug was taken.

2.　　Inmates who either by history assessment or by behavior have heavy and/or prolonged drug use are observed for signs and symptoms of narcotic withdrawal.

　　a.　　8-16 hours:  No symptoms

　　b.　　16-48 hours:  Yawning, rhinorrhea, sweating, lacrimation, insomnia, dilated pupils, goose flesh, twitching of muscles, severe aches of back, abdomen, and legs.

　　c.　　36 hours:  Nausea, vomiting, diarrhea

　　d.　　All of the above symptoms peak at about 48-72 hours and decline over the next 7-10 days

3.　　Education:  Encourage drinking lots of water

4.　　Medication:  Physician to be called.  Clonidine (Catapres) 0.1-0.2 mg tid.  This medication is used to treat hypertension.  Therefore, monitor the blood pressure before each dose is given and the medication is held if the blood pressure is less than 96 systolic.

**Psychotic**

1.	Drugs: LSD, marijuana, mescaline, psilocybin
2.	Observe for dilated but reactive pupils, injected conjunctiva (MJ), euphoria (MJ), anxiety, dread, loathing, illusions to visual hallucinations.
3.	Treatment: Supportive communication. Physician to be called for agitation

**Phencyclidine**

1.	PCP, angel dust, ketamine (veterinary meds)
2.	Observe for : Nystagmus, ptosis, ataxia, parathesias, analgesias (they could burn themselves and feel no pain), muscular rigidity or catatonic posturing to myoclonus, convulsions to coma; euphoria to anxiety, to anger, to depersonalization and depression; body image changes, thought blocking, delirium.
3.	Treatment: Inmate is visibly agitated and can break bones trying to get out of restraints, or may try to go through windows or doors. Place in a dimly lit area and avoid stimulation. Talk to inmate. Call physician. Haldol may be needed in large doses.

**Sedative hypnotic**

1.	Drugs: Tranquilizers, barbiturates, diphenylmethanes (Benadryl, Vistaril)
2.	Observe for: slurred speech, ataxia, coma; decreased anxiety; release of inhibitions, slowed mentation, disorientation
3.	Evaluation: Check vital signs. Physician may order test does of phentobarbital 200 IM and see what happens in 1 hour. If person is asleep, there is no drug problem, but if anywhere from awake with slurred speech to awake with no sedation, the person does have a drug problem.
4.	Treatment of withdrawal (call physician)
	a.	Valium (half life of 96-192 hours and withdrawal may not occur for 1-2 weeks). Decrease dose about 10% each day for withdrawal.
	b.	Barbiturates: Decrease over 7-14 days
	c.	Xanax: Decreased over 6 to 8 weeks

**Stimulants**

1.	Drugs: Dexedrine, cocaine, Ritalin, diet pills, phenylpropanolamine (Dexatrim)
2.	Observe for: dilated but reactive pupils, muscle tension, tachycardia, tremor; euphoria, anxiety, irritability, anger; speed thinking, disorientation, paranoid schizophrenia form psychosis
3.	Treatment: Supportive care; call physician; Haldol for psychosis and extreme agitation

**Solvents**

1.	Drugs: Toluene (airplane glue), gasoline, paint thinner
2.	Observe for: blurred vision, ringing in ears, usually giddy, stupor if severe; disorientation; Ketone odor, swelling of mucous membranes; cherry red throat
3.	Treatment: Avoid medications because of possible damage to kidney or liver. Call physician.

**Epilepsy  (See Seizure disorder)**

## Hypertension

1. The inmate is maintained on his previous medications.
2. Control is considered < 140/90. Usually when persons are incarcerated, they are nervous and this may cause their blood pressure to be elevated. If the screening blood pressure is elevated, repeat in 8-12 hours.
3. For all inmates on cardiac or anti-hypertensions, blood pressure is checked every Sunday (recorded MAR) and PRN
4. Lab: Potassium every 6-12 hours
5. Education: If on diuretics, low salt diet
6. Medication: Maintain on previous medication
7. Call physician if blood pressure is above 180 systolic or 110 diastolic.

## Lithium

1. This is used for persons who are bipolar
2. Lab: Lithium levels
   a. Initiation of therapy: Draw level (done about 8-12 hours after last dose) 1 week after start of therapy and weekly until stable.
   b. Thereafter, levels are done on a 1-3 month basis, or as directed by physician

## Medical Isolation

1. As directed by physician, order for respiratory illness.
2. Health Department notified as appropriate.
3. Red isolation bags, masks, and biodegradable laundry bags provided by medical.
4. Food to be served on disposable trays.
5. Coordination of care discussed with security and transportation. Plan of care in writing on Inmate Behavior Report.

## Medication

1. When a person comes in bringing his own medication in a properly labeled bottle and these medications can be confirmed or identified, that medication may be given to the inmate. Examples of such medication include: antihypertensives, antibiotics, heart and blood pressure, asthma, seizure medications, diabetic medication, insulin (use stock). If there is any question about the medication, the physician is called.
2. If a person is on medications, the medications are confirmed with his own physician or pharmacy on the next working day that the physician's office or pharmacy is open. If unable to confirm with the inmate's personal physician or pharmacy, the facility physician is contacted.
3. Controlled substances are approved by the Detention Center physician unless the orders come from the emergency room, Detention Center dentist, or consult physician referred to by the facility physician.

## Penile discharge

1. Schedule clinic
2. If culture ordered, swab (1-2) inches of penis. Black cap swab-stick.
3. Medication: Call physician.
   Probenicid 1 gm po stat and/or
   Amoxcillin 3 gm po stat, 1 gm Probenicid and/or
   Doxycycline 100 mg bid for 10 days and/or
   Tetracycline 1.5 grams stat, then 500 mg qid for 10 days and/or Rocephin 250 mg IM.

## Pregnancy/Prenatal Care

1. Inmates who believe they are pregnant are scheduled for next clinic and can request pregnancy testing at that time.
2. All inmates who are pregnant are counseled about the choices of the future of the pregnancy (e.g., abortion, adoption, or keeping the child). Within this realm, the County does not pay for abortions, but it is the decision of the individual person if that be their desire. Prenatal care is provided for each female inmate who is diagnosed with pregnancy.
3. Previous prenatal care records are obtained if available
4. If the inmate has not had prenatal care previously or if records are not available, a history is completed by the inmate and an examination done by the physician.
5. Routine prenatal care is given, including placing the inmate on a multiple prenatal vitamin with iron as well as diet including extra milk.
6. If the inmate requires high-risk prenatal care and/or is chemically addicted, the physician determines an appropriate treatment plan.
7. Postpartum follow up is given as required.

## Seizure disorders

1. If withdrawing from alcohol, see "Alcohol withdrawal." Send Inmate Behavior Report indicating inmate should be on lower bunk or cot.
2. Lab: Blood levels every 12 months, if condition is stable; or immediately if the person has a seizure. CBC every 12 months.
3. Seizure:
   a. Take your own pulse and keep you head
   b. Loosen tight clothing and keep person on side or stomach
   c. Do not place anything in the mouth
   d. Place padding under head and move away hard objects
   e. Observe the details of the seizure (e.g., urination, defecation, what part of the side of his body is moving, duration, etc.)
   f. Notify the physician of the seizure
   g. Call ambulance if seizure lasts more than 10 minutes or status epilepticus.

## Tuberculosis

1. All inmates have a screening PPD unless they have had a positive one in the past or have received BCG (immigrants from other countries). High-risk populations include immigrants from Cuba, Indochina, Mexico; people living in close quarters; and AIDS patients.
2. PPD 0.1 cc intradermal is given in the forearm and measured in 48-72 hours. This is recorded on the problem list under immunizations. A positive test does not mean that the inmate has TB, but that he has been exposed to it.
3. Positive tests ( >10mm) are scheduled to have a chest x-ray with the Health Department. Those who react, but not 10mm, have a booster test in 2 weeks. Symptomatic reactors are reported to the Health Department at once.
4. INH (Isoniazid) if given as a prophylactic measure to prevent the possible transmission of tuberculosis to individuals who have a positive PPD, have a negative chest x-ray, are less than 35 years old, or as otherwise recommended by the State Health Department (TB Control).
5. Medication: Schedule for clinic.
   INH 300 mg qd for 6 months to 1 year
   Vitamin B-6 50 mg qd for 6 months to 1 year
   SGOT q 3 months while on medication
   If positive PPD and negative chest x-ray, treat for 6 months
   If positive PPD and chest x-ray changes, but no active lesions are present, treat for 12 months

6.  **Education:  TB booklet and handout.  Consents to be signed.  Information provided by the Health Department.**

The medical staff reserves the right to refuse entry of an individual into the Detention Center if the individual's condition is life threatening, including alcohol withdrawal and/or chemical withdrawal. The individual is referred immediately to a licensed acute-care facility for appropriate treatment. Documentation of the refusal of the individual is made by the evaluating nurse.

REV: 05/07

## Integrative Detention Health Services, Inc.

### WHAT YOU SHOULD DO FOLLOWING EXTRACTIONS AND OTHER ORAL SURGERY PROCEDURES

A certain amount of bleeding, pain, and swelling is normal.  Please follow these instructions.

- Do not rinse mouth with anything for at least 24 hours following surgery.  On the morning following dental surgery, begin using warm salt solution (1 teaspoon of salt per 8 oz. of warm water) and continue for 5 days, using it at least 5 times daily.  If swelling is great use hot salt water 5-10 times daily instead of warm salt water.

- Do not smoke during the first 2-3 days following surgery.

- Soft foods are advisable during the first 24 hours following your surgery.  Do not chew on wounded side of mouth.  Do not drink carbonated beverages or alcohol for 48 hours following surgery.

- Do not use drinking straws for the 2-3 days following surgery.

- If you are prescribed an antibiotic, please make sure to finish the entire bottle.

**TO CONTROL BLEEDING: Immediately** following procedure keep a steady pressure on the bleeding area by biting firmly on the gauze pad placed there by your doctor. Pressure helps reduce bleeding and permits formation of a clot in the tooth socket. Gently remove the compress and replace it with a fresh, folded gauze pad every half-hour or as needed.

**TO RELIEVE PAIN: Immediately** following procedure begin taking medication as directed by your doctor to minimize discomfort when the anesthesia wears off. Application of an ice bag can also help relieve discomfort.  After 24 hours, continue to take your medication if pain persists, and use an ice bag if needed.

**TO MINIMIZE SWELLING: Immediately** following procedure, apply an ice bag over the affected area.  Use 15 minutes on and 15 minutes off to help prevent development of excessive swelling and discomfort.  If an ice bag is unavailable, simply fill a heavy plastic bag with crushed ice.  Tie end securely, and cover with a soft cloth to avoid skin irritation.  After 24 hours it should not be necessary to continue with cold applications. However, contact the On-Call Nurse for instructions on continued care if swelling persists or if fever develops.

**REV: 01/04**

**Integrative Detention Health Services, Inc.**
**Policy And Procedure**

Policy Title:       **Employee Health Screenings**

NCCHC Standard:   **Deleted But Still Appropriate for IDHS**

## Policy

Health services are provided to Detention Center employees on a limited basis.

## Procedures

1.  **TB Skin Test:**

    a.  TB Skin test is done at employment and every year thereafter, if negative.
    b.  Positive PPD's are referred to the local Health Department. Employees are responsible for follow-up with Health Department. Medical personnel assist employees with proper procedure.
    c.  Nursing supervisor maintains records of PPD tests.

2.  Health services provide minor first aid treatment as directed by the facility physician's standing orders. If employee seeks treatment, it is considered permission to treat. Documentation of care is recorded in the employee health file located in the health service office.

3.  Health services periodically makes health education programs available to staff.

REV: 05/07

**Integrative Detention Health Services, Inc.**
**Policy And Procedure**

Policy Title:        **Medical Program Objectives**

NCCHC Standard:   **J-A-03**

## Policy

All detention center inmates are entitled to health care comparable to that available to citizens in the surrounding community. The objectives of Integrative Detention Health Services, Inc. is to provide preventive, acute, chronic, and emergency care to all inmates incarcerated at the detention facility with consideration given to treatment in privacy and with the aid of a chaperone when appropriate.

## Procedures

1. Medical care at the facility is delivered under the general direction of the facility administrator, physician of record, and specified direction of the health services supervisor, and through the use of trained, licensed nurses.

2. General requirements for inmate health care are determined prior to need and defined in the contracts for health care providers. The contracts are periodically reviewed to ensure they continue to meet these needs.

3. No health care personnel or officer or other employee ever summarily or arbitrarily denies an inmate's reasonable request for medical services.

4. Medical, dental, and mental health matters involving clinical judgements are the sole province of the responsible physician, dentist, or psychiatrist or qualified psychologist respectively.

5. Treatment by qualified licensed nurses is done pursuant to written standing or direct orders from the physician, dentist, or psychiatrist or qualified psychologist and is practiced within the limits of applicable laws and regulations.

6. Initial screening is done to identify acute or chronic medical, dental, mental problems, and communicable diseases with proper referrals or disposition as needed.

7. Health assessments by nurses are done within 24 hours of incarceration and physical exam by the contract physician, or licensed nurse are done by the 14th day.

8. A physician health review is conducted monthly. Sick call rounds are conducted twice a week by a nurse at designated times to provide care for acute and chronic medical problems. .

9. Emergency care and treatment is done when necessary and transport to an appropriatetreatment facility is done when medical staff deems appropriate.

10. Patients are instructed concerning personal medical conditions and health education for communicable and social diseases, self-care, and personal hygiene on a case-by-case basis.

11. Health providers obtain information regarding previous care as needed when undertaking the care of a new inmate. Likewise, when the care of an inmate is transferred to providers in the community, appropriate health information is shared with the new providers in accord with consent requirements.

12. Accesses to community diagnostic and laboratory services are directed by the facility physician.

13. The security regulations applicable to facility personnel also apply to health personnel.

14. Inmates are not used to perform direct patient care services; to schedule health care appointments; to determine access of other inmates to health care services; to handle or have access to surgical instruments, syringes, needles, medications, or health records; not to operate diagnostic or therapeutic equipment.

REV: 05/07

**Integrative Detention Health Services, Inc.
Policy And Procedure**

Policy Title:          **Staff Meetings**

**NCCHC Standard:   J-A-04**

<u>**Policy**</u>

Integrative Detention Health Services, Inc.  will schedule a monthly staff meeting for all healthcare providers working within the detention facility. The staff must attend at least 80% of these meetings on a yearly basis. These meetings are designed for a means for the improvement of current services or delivery procedures, to discuss current issues or concerns and review the CQI process. All employees will be responsible to complete the monthly education portion of the staff meeting before the 15th of the month.

<u>**Procedures**</u>

1.  The monthly staff meeting will be held on the first Friday of the first full week of every month unless rescheduled by the RHA.

    a.  The meeting will start at 0800 with all employees to be present unless authorized to be absent by the RHA.

    b.  Topics to be covered are last month statistics, any related problems with delivery of care, and CQI issues from the previous month.

    c.  The educational topic will be assigned by the RHA and be covered at the meeting.

    d.  The RHA will take notes and ensure that a formulated report is issued to the Physician if not present and placed in the monthly meeting folder for review by employees not present.

**REV: 05/07**

## Integrative Detention Health Services, Inc.
## Policy And Procedure

**Policy Title:**          **Visitor Accidents and / or Injuries**

**NCCHC Standard:  J-A-07**

### Policy

**The detention center ascertains any responsibility and treatment approaches necessary for visitors injured on the Detention Center premises.**

### Procedures

1. **Have person remain at the site of injury (unless more injury would be sustained).**

2. **Call On-Call nurse and shift supervisor immediately.**

3. **Nurse examines individual, administers first aid as needed, and recommends further treatment, if necessary (e.g., x-rays, follow-up at the most cost-effective medical treatment facility, etc.)**

4. **Both a medical incident report and a department incident report are completed with supplements as necessary.**

5. **Copies of both incident reports and any notes made by the nurse are placed in a medical file and retained in the medical department.**

6. **The incident is reported to the Sheriff, and Facility administrator through respective command.**

7. **Good documentation of all facts and treatment rendered is imperative.**

**REV: 05/07**

## Integrative Detention Health Services, Inc.
## Policy And Procedure

**Policy Title:**         **Grievance Mechanism for Health Complaints**

**NCCHC Standard:**  **J-A-11**

### Policy

If an inmate has an unresolved complaint regarding health care, it is referred to Integrative Detention Health Services, Inc. Clinical Director for follow-up.

### Procedures

Integrative Detention Health Services clinical director along with the jail administrator functions in the capacity of a peer review committee. Complaints by inmates regarding health care in the detention center are referred to the clinical director for follow-up. The inmate will receive a letter from the Clinical Director reference his complaint and the outcome.

REV: 05/07

**Integrative Detention Health Services, Inc.**
**Policy And Procedure**

| | |
|---|---|
| **Policy Title:** | **Health Screening Trustees** |
| **NCCHC Standard:** | **J-B-03, J-C-06** |

## Policy

The Medical Staff evaluates trustees (inmate workers) for any health conditions that would render the inmate unsuitable for his/her assigned duty. Inmates are not involved in the delivery of health care. They have no access to medications, equipment, records, or instruments.

## Procedures

1. A trustee is provided the same medical services as in the Detention Center policy for inmates.

2. Medical Staff monitors the health of the trustee.

3. The nurse reports to the Jail Administrator on any injury or illness a trustee may experience so he/she can be properly relieved of his/her duty and receive appropriate medical care.

4. The nurse or doctor must clear an inmate for return to work status.

REV: 05/07

## Integrative Detention Health Services, Inc.
## Policy And Procedure

**Policy Title:**       **Staffing Levels**

**NCCHC Standard:   J-C-07**

<u>**Policy**</u>

Integrative Detention Health Services Inc. staffs according to the size, population and organizational structure of the detention facility.

<u>**Procedures**</u>

1.  The Integrative Detention Health Services, Inc. clinical director along with medical director evaluates the staffing plan of the detention center upon initial service. The staffing plan is then monitored quarterly during administrative meetings to ensure the proper staffing is being met.

2.  Staffing of the following is needed to ensure the appropriate continuity of care:

    a.  <u>Clinical Director:</u>
        A clinical director is assigned to each detention facility to ensure the quality of service being delivered at the facility. The clinical director reports directly to the C.E.O. of Integrative Detention Health Services, Inc. The clinical director works approximately 10-20 hours per pay period to ensure that all areas of care are being appropriately provided and delivered and acts as the liaison officer for the detention facility.

    b.  <u>Physician of Record:</u>
        A physician of record is assigned to each detention facility by the sheriff or his detention facility administrator. The physician of record is a local physician that will provide services for the specific detention facility. The physician will make weekly visits or see inmates in his / her office as deemed necessary by the health care staff to provide the following services, physical examinations, reviewing laboratory / other diagnostic results, cosigning charts, developing individual treatment plans. The physician will monitor services and direct the care of inmates as he / she feels needed to obtain the best level of care for the inmate. The physician hours may vary but will be consulted weekly to ensure the highest level of care is being provided to the inmate population. The physician will also assist with in-service training; monthly administrative meetings and staff meetings; reviewing policies and procedures; and participating in the quality improvement and infection control program.

    c.  <u>Clinic Nurse:</u>
        Clinic nurses are assigned / monitored by the clinical director and oriented with an assigned nurse for a 90 day period. Clinic nurses are to run sick call, do intakes, and act as liaison for the clinical director and the detention facility, and occasional do emergency call-ins as needed. The clinic nurse is responsible for the delivery of care to every inmate he / she sees and will coordinate the care of each inmate with the physician or clinical director. The clinic nurse will be staffed according to the number of nurses employed at the detention facility. The average hours worked will range from 12-24 per pay period.

d. <u>Dentist:</u>

A Dentist of record will be assigned to each detention facility by the sheriff or his detention facility administrator. The dentist will be a local dentist that will provide services to the detention facility on a contract basis. The dentist will see inmates in his / her office as needed on a schedule made by the dentist. The dentist will monitor services and direct care of the inmates as he / she feels needed to obtain the best level of care. The dentist will assist with in-service training, monthly administrative meetings and monthly staff meetings, reviewing policies and procedures, and participating in the quality improvement and infection control programs. The hours of the dentist will vary depending on the numbers of inmates requiring his / her services.

e. <u>Mental Health Provider:</u>

The mental health provider will be assigned to each detention facility by the sheriff or the detention facility administrator. The mental health provider will be a local service that will provide services on a contract basis. The mental health provider will see inmates in his / her office as needed and at times designated by them. The mental health provider will assist with in-service training; monthly administrative meetings and monthly staff meetings; reviewing policies and procedures. The hours assigned will vary depending on the number of inmates requiring their services.

**REV: 05/07**

**Integrative Detention Health Services, Inc.**
**Policy And Procedure**

**Policy Title:**        **Formulary**

**NCCHC Standard:   J-D-01, J-D-02**

<u>Policy</u>

Integrative Detention Health Services, Inc. generally stocks no prescription medications on the Detention Facility property, only a small amount of OTC medications are stocked. The following OTC medications are stocked in a limited supply at the Detention Facility.

<u>Generic</u>

Acetaminophen
AZO Tabs
Benadryl
Benadryl Ointment
Chlorphenarmine
Clotrimazole Cream
Correctol
Cortizone Cream
Ibuprofen
Lotrimin Cream
Neosporin Ointment
Sinus Relief Tabs
Stool Softeners

REV: 05/07

**Integrative Detention Health Services, Inc.**
**Policy And Procedure**

Policy Title:      **Basic Medical Equipment**

NCCHC Standard:   **J-D-03**

## Policy

The Detention Center provides adequate basic equipment and space for medical services for inmates.
A basic first aid kit is kept readily available.

## Procedures

1. **Medical Services Office:** The basic equipment kept within the medical service office includes:

| | |
|---|---|
| Thermometers | Blood Drawing Equipment |
| Stethoscopes | Office Equipment |
| Sphygmomanometers (BP cuffs) | Reference Books |
| Opthalmoscope | Hand Washing Facility |
| Otoscope | Percussion Hammer |
| Scale | Examining Table |
| Basins | Medications |

2. **First Aid Kits:** First aid kits are kept readily available in a secure location and contain:

| | |
|---|---|
| Band-Aids | ABD Dressings |
| Bandages | Ammonia |
| Gloves | First-aid manual |
| Gauze | Airway mask |
| Tape | Copy of emergency protocols |

A Checklist of supplies included in each first aid kit is kept in each kit. The kits are checked, stocked,
and recorded monthly.

REV: 05/07

**Integrative Detention Health Services, Inc.**
**Policy And Procedure**

Policy Title:          **Health Assessment**

NCCHC Standard:   **J-E-01, J-E-02, J-E-04**

## <u>Policy</u>

Health appraisal data for each inmate is collected in order to properly classify inmates, promote awareness of and respond to their medical conditions, and maintain adequate records of each inmate's health status.   The Detention Center provides necessary medical care and referrals throughout an inmate's stay in the facility. At this time the inmate is informed of the medical care delivery system and how to gain access if needed. The inmate is also given a handbook, which will also list the procedure to gain access to the medical system.

## <u>Procedures</u>

1.   <u>Preliminary health screening:</u>

    a.   The admitting officer conducts the initial health screening at time of booking.  If the inmate has a medical condition requiring evaluation before being booked, the officer notifies the on call nurse.

    b.   After admission, the nurse on duty is notified and a physical assessment and a brief medical history is completed within the first few days of incarceration as deemed necessary.  Initial screening includes:

        (1)   Inquiry into current illness and health problems, including venereal diseases and other infections diseases; dental problems; mental health problems; use of alcohol and other drugs, including types of drugs used, mode, of use, amounts used, frequency used, date or time of last use, and history of any problems that may have occurred after ceasing use (e.g., convulsions); past and present treatment or hospitalization for mental disturbance or suicide; possibility of pregnancy; and other health problems designated by the responsible physician.

        (2)   Observation of behavior, including state of consciousness, mental status, appearance, conduct, tremor, and sweating; body deformities, ease of movement, etc.; and condition of skin, including trauma markings, bruises, lesions, jaundice, rashes and infestations, and needle marks or other indications of drug abuse.

        (3)   Medical disposition of inmate to general population OR general population with prompt referral to appropriate health care service OR referral to appropriate health care service for emergency treatment.

2.   <u>Medical exam:</u>  Each inmate whose stay exceeds 14 days receives a medical examination within 14 days of admission, or at the next clinic date.  Qualified health personnel collect all health data. If the inmate does not understand how to access medical attention it will be explained at this time.

a.  **Health history:**  The inmate's history is a self-administered form.  It is given to the inmate to be completed before the scheduled physical examination.  If the inmate cannot read or write, or does not understand the questions, a staff member on duty administers the form and makes appropriate notations.  The health history is filed in the inmate's medical file.

b.  **Physical exam:**  The medical exam is conducted by the physician, nurse practitioner, or designee, as designated by the physician in the medical room using the Physical Examination Form to document his findings.  A preliminary dental screening is also conducted at this time.  In addition to the medical exam, the physician reviews the preliminary health screening form and health history and reviews the inmate's height and vital signs.  The physician orders other tests and/or examination as he deems necessary, and initiates the appropriate treatment.

If the inmate has obtained a physical exam within the last 90 days, it is at the physician's discretion to obtain a physical examination.  Copy of physical examination may be requested from health provider if inmate and physician so designate.

All trusties have a physical exam before working.  All inmates have PPD skin test for TB screening.

c.  **Diagnostic workups:**  Area private and public diagnostic laboratories provide diagnostic workups as outlined in protocols or as per specific doctor's orders.

3.  **Medical preventive maintenance:** This includes health education and medical services (such as inoculations and immunizations) provided to take advance measures against disease and instruction in self-care for chronic conditions.  Self-care is defined as care for a condition, which can be treated by the inmate and may include "over the counter" type medications.  Subjects for health education may include:

a.  Personal hygiene and nutrition
b.  Venereal disease, tuberculosis, and other communicable diseases
c.  Effects of smoking
d.  Self-examination for breast cancer
e.  Dental hygiene
f.  Drug abuse and danger for self-medication
g.  Family planning including, as appropriate, both services and referrals
h.  Physical fitness
i.  Chronic diseases and/or disabilities

4.  **Continuity of care:**  Each inmate receives individual care, as his medical needs dictate.  If at time of release from the Detention Center, the inmate requests medication, a prescription is called into the pharmacy for a week's worth of medicine until he can see his personal physician.

If needed, the inmate is referred to a specialist for special needs while he is incarcerated or is referred to special medical programs, including chronic care or convalescent care, as needed.

Pregnant inmates receive comprehensive counseling, prenatal care and assistance in keeping with their expressed desires in planning for their unborn children.

**REV: 05/07**

**Integrative Detention Health Services, Inc.**
**Policy And Procedure**

**Policy Title:**      **Refusal of Life Sustaining Medications**

**NCCHC Standard:**  **J-E-05, J-G-01, J-G-05, J-I-06**

<u>Policy</u>

Integrative Detention Health Services, Inc. Identifies individuals who are refusing life-sustaining medication and will attempt to prevent serious complications from such.

<u>Procedures</u>

1. If an inmate refuses to take medication, one must assess weather or not the inmate is suicidal or psychotic and weather or not stopping the medication may be potentially life threatening. The following medications are ones that potentially may be life threatening to the individual if stopped:

   a.  Anticonvulsants
   b.  Hypertensive Medications
   c.  Medication For Diabetes
   d.  Anticoagulants
   e.  Others deemed necessary by the facility physician

2. If an inmate is refusing life-sustaining medications and / or is deemed suicidal or psychotic, the facility physician is notified that the inmate is refusing life-sustaining medication. If the inmate is suicidal or psychotic, counseling is notified and appropriate evaluations and / or observations are instituted.

3. An inmate refusing life-sustaining medication is evaluated daily by medical personnel assessing medical well being (e.g., Sugar / Acetone levels on diabetics; blood pressure on hypertensives, etc.) as ordered by the facility physician. The inmate is seen by the facility physician during the next scheduled clinic or referred to an outside physician if deemed necessary by the facility physician.

4. Inmate is asked to sign a completed "Release Against Medical Advise" form after potential complications have been explained. If the inmate refuses to sign, it is so noted.

**REV: 05/07**

# Integrative Detention Health Services, Inc.
# Policy And Procedure

**Policy Title:**         **Triaging of Complaints / Non-Emergency Medical Assistance**

**NCCHC Standard:  J-E-07, J-E- 09**

## Policy:

Detention Center inmates are able to express medical complaints daily for review by qualified medical personnel to ensure appropriate medical attention and to enable early detection of illnesses. All request for medical attention and all exams and treatments are conducted with the strictest of privacy when at all possible.

## Procedures:

1. **Notification of request for medical assistance:**   At the time of admission, the admitting officer informs the inmate of the procedures for obtaining medical care. These procedures are further explained during the screening health assessment by the nurse within the first few days of incarceration at which time initial medical problems are addressed. All other inmate medical complaints are expressed to the nurse during sick call rounds or by inmate documentation on request for medical assistance forms. Signs posted in the booking room and in the inmate living areas and in the inmate handbook address the procedure for acquiring medical assistance.

2. **Request:**     Inmate request forms are provided by any officer or nurse upon request and are collected during medication rounds. Complaints made at other times are delivered to the proper location as soon as possible. All request are confidential.

3. **Referral:**     Upon receiving a request for medical assistance form, the nurse initiates the facility physician's protocol or instructions and if necessary, the case is referred as follows:

   a.  To the medical room for treatment by the on-duty call nurse.
   b.  To the hospital emergency room or physicians office for immediate treatment per on call-nurse.
   c.  To the regularly scheduled weekly health review visit by the facility physician, dentist, or mental health team.

4. **Physician weekly health review:**      The facility physician comes to the facility each week to examine those inmates who require his attention. The nurse on duty prepares a list of inmates either requesting medical attention or previously scheduled by the facility physician for examination, before the physician arrives. Inmates are brought to the medical room by an officer or nurse in the order requested by the physician.

If any officer believes it is inadvisable to escort an isolation inmate to the medical room, the facility physician examines the inmate in his own cell with two officers stationed (one inside and one immediately outside the cell) for security at the discretion of the shift commander.

If the facility physician determines that an inmate needs health care beyond the resources available in the facility, the inmate is transferred under appropriate security provisions to a facility where such care is available.

**5. <u>Sick Call:</u>**

    a.  Sick call rounds are performed daily as needed.

    b.  Ambulatory inmates who have been referred to the on –call nurse during sick call rounds or through Inmate Request Forms are medically evaluated and treated by the nurse as soon as possible or referred to the facility physician.

    c.  An inmate whose custody status precludes attendance at the health service office receives medical service in the place of the inmate's detention with security measures followed as stated.

**6. <u>Inmate in segregation:</u>**        When an inmate is removed from general population and placed in segregation:

    a.  He / She is assessed and monitored by the detention facility officers at least twice a shift and evaluated by the facility nursing staff every 72 hours.

    b.  Encounters are documented on the lock-down flow sheet every shift.

    c.  His / Her progress is discussed daily with the on-call nurse.

**REV: 05/07**

**Integrative Detention Health Services, Inc.**
**Policy And Procedure**

Policy Title:        **Meal and Food Refusals**

NCCHC Standard:  **J-F-02, J-G-01, J-G-05**

<u>**Policy**</u>

Integrative Detention Health Services monitors inmate's medical and psychological well being in the event the inmate elects not to eat.

<u>**Procedures**</u>

1.  <u>Monitoring inmate eating habits:</u> Jailers monitor inmates to determine if they exhibit a change in normal eating patterns.

    Medical staff is notified if an inmate does not eat for two consecutive meals. They request a meal watch until a normal pattern resumes.

2.  **Meal Watch:**

    a.  Nursing staff request a meal watch on an Inmate Behavior Information Report.

    b.  Documentation of weather or not the inmate eats is done on the Observation Sheet.

    c.  Observations of the person include weather the inmate is giving food away, receiving food from other inmates, or eating commissary foods. In a fasting (hunger strike), documentation of weather beverages are being consumed is important.

    d.  Nursing staff checks the status of inmates on meal watches daily to re-evaluate need for watch.

    e.  Weight and blood pressures are checked daily. Daily assessment of skin turgor and mucous membranes are at the direction of the physician and the data is recorded in the inmate's medical record.

    f.  Encourage water, explaining that they should at least drink fluids to prevent dehydration and damage to the kidneys.

    g.  Notify counseling on the first day.

    h.  Notify detention physician on the third day, if not done prior to that time.

    i.  The inmate is to be seen at least weekly by the physician after the start of the fast.

**REV: 05/07**

## Integrative Detention Health Services, Inc.
## Policy And Procedure

**Policy Title:**       **Personal Hygiene**

**NCCHC Standard:**   **J-F-04**

### Policy

Medical personnel will ensure that all inmates maintain good personal hygiene to the best of their ability. Any inmate found not maintaining basic hygiene will be counseled and followed by the medical staff to insure that they improve their habits.

### Procedures

1. All inmates will have the ability to bathe daily.

2. All inmates will be allowed to have a daily change of underwear.

3. All inmates will be allowed a change of clothing at least three times a week.

4. All inmates will be allowed a change of linen at least once weekly.

REV: 05/07

**Integrative Detention Health Services, Inc.
Policy And Procedure**

Policy Title:        **Personal Physician/Dentist, Prosthetic Devices, and Eyeglasses**

NCCHC Standard:  **J-G-01, J-G-11**

## Policy

At times the medical staff must work closely with the security staff to ensure the inmate's health and dignity, and the security of the institution.  Areas requiring the close coordination include treatment by personal physician or dentist, use of prosthetic devices, and eyeglasses.

## Procedures

1.    <u>Personal physician/dentist:</u> An inmate may request to see his personal physician/dentist.

      a.    The jailer who receives the request refers it to the medical staff for approval.

      b.    If the physician/dentist denies the request, the physician/dentist specifies the reasons and these are transmitted to the inmate.

      c.    If the physician/dentist approves the request, the RHA will at the time of the approval telephone the inmate's personal physician/dentist and makes the necessary arrangements.

      d.    If the personal physician/dentist wishes to consult with the facility physician regarding the inmate's care, the charge nurse on duty provides the name and telephone number of the facility physician.

      e.    If the personal physician/dentist wishes to review the inmate's medical file, the charge nurse on duty has the inmate sign a Release of Information form.

      f.    The inmate is totally responsible for all expenses and must have visit costs either prepaid or have "money in hand" at time of appointment.  Billing, accounts, or insurance are not acceptable unless approved by the physician's office.

      g.    Inmate signs Responsibility of Payment for Medical Services form.  A copy of the form is presented to the personal physician/dentist, along with a copy of the consult report.

2.    <u>Prosthetic devices:</u>

      a.    Inmates who are admitted wearing prosthetic devices (e.g., artificial limbs, crutches, and canes) have those devices searched.  The on duty supervisor is notified when an inmate is admitted or is returned from the hospital with a prosthetic device, and the officer takes the following steps:

            (1)    Inspect the device and review the inmate's file to determine whether or not the device itself or the inmate's history and behavior with the device pose any security risk.

(2)     If so, consult with the facility physician to determine the inmate's medical need for the device. If the physician orders that the device remains with the inmate and/or the inmate be placed in administrative segregation, that order is followed.  If the physician decides that the inmate's health is not jeopardized by the removal of the device during confinement, the device is removed, tagged, and stored.  The on-duty supervisor determines whether administrative segregation is necessary.

(3)     Devices are provided as deemed prostheses are provided when the responsible physician or dentist determines that the health of the inmate would otherwise be adversely affected.

3.     <u>Eyeglasses:</u>

        a.     <u>If inmate requests eyeglasses:</u>     He sees the facility physician during his weekly visit to have his need evaluated.  If ordered by the facility physician, the inmate is transported to a community optometrist.  The inmate must pay for the optometry exam and eyeglasses.  If he is indigent, he is supplied information about the Lions Club funds for indigent people.  The inmate is responsible for contacting the Lions Club.  He is given a Responsibility for Payment for Medical Services form to release the Detention Center of those responsibilities.

        b.     <u>If eyeglasses are accidentally broken:</u>     The inmate asks an officer or programs worker to immediately write an accident report if they are accidentally broken during daily living (recreation, etc.).  This incident report is turned into medical for review, and the decision to repair the eyeglasses is made on an individual basis.

        c.     <u>If eyeglasses are intentionally broken:</u>     The inmate is responsible for the repair of the eyeglasses if they are broken intentionally by the inmate ore during an altercation.

REV: 005/07

**Integrative Detention Health Services, Inc.**
**Policy And Procedure**

Policy Title:        **Narcotic Withdrawal**

NCCHC Standard:   **J-G-08**

## Policy

Integrative Detention Health Services, Inc. staff adheres to the following guidelines, along with specific instruction from the facility physician, in the treatment of narcotic withdrawal.

## Procedures

1.    Inmates who either by history assessment or by behavior have heavy and/or prolonged drug use are observed for signs and symptoms of narcotic withdrawal.

   a.    8-16 hours - no symptoms

   b.    16-48 hours - yawning, rhinorrhea, sweating, lacrimation, insomnia, dilated pupils, goose flesh, twitching of muscles, severe aches in back, abdomen and legs

   c.    36 hours - nausea, vomiting, diarrhea

   d.    All of the above symptoms peak at about 48-72 hours and decline over the next 7-10 days.

   e.    Security personnel are notified to watch for the above signs/symptoms on an Inmate Behavior Information Report, as deemed necessary by the medical service staff.

2.    Call physician for orders.  Catapres (clonidine) is a drug approved for treating hypertension, but acts extremely well in stopping the above symptoms.  Document the patient symptoms and any tracks or skin infections.  Inform the patient about the medication and monitor the patient's blood pressure.

Start with clonidine 0.1 mg 2-3 times a day (drop the third dose if blood pressure is less than 100 mm Hg systolic).  Sometimes more medication is needed, but it will be tailored to each person's need per facility physician's orders.

Blood pressures are to be taken three times a day until the medication is stopped.  It may have to be taken for up to 21 days.

3.    IDHS Supervisor is notified when an inmate is placed on the narcotic withdrawal protocol.

REV: 05/07

**Integrative Detention Health Services, Inc.**
**Policy And Procedure**

**Policy Title:**        **Consent For Medical Treatment**

**NCCHC Standard:   J-I-05**

## Policy

No inmate is given medical treatment without their authorization unless a life-threatening emergency exists or the inmate is considered mentally incompetent by the Court and is in danger of harming himself/herself or others. All examinations, treatments, and procedures affected by informed consent standards in the community are likewise observed for inmate care.

## Procedures

1.  During the booking process, each inmate is requested to sign a medical authorization form.

2.  If inmate refuses to sign authorization form, it is noted on the form and no medical services, other than emergency life-saving procedures, will be offered.

3.  A behavior report is completed stating inmate refused to sign the medical authorization and will receive only emergency care until the Booking Screen form is signed.

4.  If invasive medical treatment is to be given, risks and consequences are explained to the inmate and a patient informed consent is to be signed.

5.  Inmates have a right to refuse medical treatment. If they refuse life-sustaining medication or treatment, they are asked to sign a refusal of medical care form. The consequences of their refusal is explained and documented as such (e.g., loss of life, etc.).

**REV: 05/07**

**Integrative Detention Health Services, Inc.**
**Policy And Procedure**

**Policy Title:**     **Basic Medical Equipment**

**NCCHC Standard:**  **Deleted But Maintained By IDHS**

<u>**Policy**</u>

The Detention Center provides adequate basic equipment and space for medical services for inmates. A basic first aid kit is kept readily available.

<u>**Procedures**</u>

1.  <u>**Medical Services Office**</u>**:** The basic equipment kept within the medical service office includes:

| | |
|---|---|
| Thermometers | Blood Drawing Equipment |
| Stethoscopes | Office Equipment |
| Sphygmomanometers (BP cuffs) | Reference Books |
| Opthalmoscope | Hand Washing Facility |
| Otoscope | Percussion Hammer |
| Scale | Examining Table |
| Basins | Medications |

2.  <u>**First Aid Kits**</u>**:** First aid kits are kept readily available in a secure location and contain:

| | |
|---|---|
| Band-Aids | ABD Dressings |
| Bandages | Ammonia |
| Gloves | First-aid manual |
| Gauze | Airway mask |
| Tape | Copy of emergency protocols |

A Checklist of supplies included in each first aid kit is kept in each kit. The kits are checked, stocked, and recorded monthly.

REV: 10/04

**Integrative Detention Health Services, Inc.**
**Policy And Procedure**

**Policy Title:**         **Medical Treatment Protocols**

**NCCHC Standard:   37, 41**

## Policy

Integrative Detention Health Services staff have protocols approved by the facility physician in the treatment of common illnesses for which over-the-counter medications may be used.

## Procedures

Following is a list of common illnesses for which over-the-counter medications may be used by the inmate. Medical staff evaluate the location, educate the inmate, and provide medication as indicated.  The physician is called before giving any medications other than over-the-counter drugs.

### Acne

1.        Assessment:  Observe for pimples on face, back, or neck.
2.        Nursing diagnosis: 1.6.2.1.2.1, Impaired skin integrity.
3.        Planning:  Wash face two to three times daily.  Keep hands off face.  Do not squeeze.  Schedule clinic for medications.
4.        Evaluation:  If conditions do not improve or resolve, reschedule clinic.

### Athlete's foot

1.        Assessment:  Observe for cracking and weeping.  Sometimes dry skin looks like tinea pedis.
2.        Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity.
3.        Planning:  Apply Clotrimazole cream bid for 14 days.
4.        Evaluation:  If not resolved in 2 weeks, see physician.

### Burns

**First Degree**
1.        Assessment:  Assess degree of burn.  First degree is redness without blisters and with pain.
2.        Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity.
3.        Planning:  Place a cool cloth on burn or immerse in cool water.  APAP/ASA as directed (minor aches and pains).
4.        Evaluation:  Chart outcome.

**Second Degree**
1.        Assessment:  Assess degree of burn.  Second degree is redness with blisters and pain.
2.        Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity.
3.        Planning:  Call physician for moderate to large burn.  If very small, immerse in cool water. Provide wound care and observe for infection.
4.        Evaluation:  If not healing well or infected, call physician.  Schedule clinic for follow up on large burns.  Chart follow-up care.

**Third Degree**
1.    Assessment:  Assess degree of burn.  Charred.
2.    Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity; 1.4.1.1, Altered tissue perfusion.
3.    Planning:  Call physician for moderate area.
4.    Evaluation:  Chart follow-up care.

<u>Callous</u>
1.    Assessment:  Assess area.
2.    Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity.
3.    Planning:  Schedule clinic.
4.    Evaluation:  If not resolved in 2 weeks, reschedule clinic.

<u>Cold</u>

1.    Assessment:  Ask inmate about bid symptoms.  Take bid temperature.  Check throat, lungs, and
      ears.
2.    Nursing diagnosis:  1.2.1.1, High risk for infection.
3.    Planning:  Sudafed 60 mg  prn OR Actifed 1 prn generic cold/sinus, 2 tabs bid.  Hold blood
      pressure 160/95 or >.  For temperature above 101 degrees F, call physician.
4.    Evaluation:  If medication is needed for longer than 1 week or fever is more than 101 degrees F,
      schedule clinic.

<u>Cold Sores</u>

1.    Assessment:  Observe lesion.
2.    Nursing diagnosis:  1.6.2.1.1, Altered oral mucous membrane.
3.    Planning:  Camphophenique
4.    Evaluation:  If not resolved in 2 weeks, schedule clinic.

<u>Constipation</u>

1.    Assessment:  Inmate should define as hard or infrequent stools.  Assess bowel sounds and evaluate
      for abdominal pain.
2.    Nursing diagnosis:  1.3.1.1, Constipation.
3.    Planning:  Milk of Magnesia 30 cc at bedtime followed by Metamucil 1 tsp two to three times
      daily.  Call physician if abdominal pain or no bowel sounds.
4.    Evaluation:  Schedule clinic if symptoms persist.

<u>Contact Lens Care</u>

1.    Assessment:  Applies to inmates with contacts.
2.    Nursing diagnosis:  7.2, Sensory/perceptual alteration.
3.    Planning:  Provide contact  case and solutions dispensed by nurse.
4.    Evaluation:  Adequate contact equipment provided.  If inmate wishes to purchase saline (unopened
      package), he may keep that in his cell.  All other cleaners must be kept on cart or in mini-control.

<u>Cough</u>

1.    Assessment:  Ask inmate about symptoms.  Check temperature, lung sounds, and color of sputum.
2.    Nursing diagnosis:  1.2.1.1, High risk for infection.
3.    Planning:  Guiatuss DM 2 tsp q4h.  If cough producing green/yellow sputum and fever present,
      notify physician.
4.    Evaluation:  If symptoms persist longer than 1 week, notify physician.

**Dandruff**

1.  Assessment:  Examine hair for flaky scalp.
2.  Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity.
3.  Planning:  Inmate can obtain dandruff shampoo at commissary.
4.  Evaluation:  If inmate condition does not improve or indigent, see physician.

**Diarrhea**

1.  Assessment:  Take temperature and pulse.
2.  Nursing diagnosis:  1.4.1.2.2.1, Fluid volume deficit.
3.  Planning:  Clear liquids for 24 hours.  Kaopectate or anti-diarrhea as directed.
4.  Evaluation:  Call physician if symptoms last longer than 24 hours or for temperature above 101 degrees F.

**Dry skin/lips**

1.  Assessment:  Evaluate skin for dry or scaly areas.
2.  Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity.
3.  Planning:  Avoid detergent soaps.  Use moisturizing soap.  Bathe every other day.  Limit soap use too auxiliary, pubic, and perineal areas.  Eucerin cream daily to dry areas.  Vaseline for lips.
4.  Evaluation:  See physician if not resolving or worsening.

**Ear Wax**

1.  Assessment:  Evaluate ear canals for wax.  If unable to see eardrum, proceed.
2.  Nursing diagnosis:  7.2, Sensory/perceptual alteration.
3.  Planning:  Debrox 5 to 10 gtts bid in ear(s) for 3 days.  Start on Monday.  Irrigate with warm water at time of clinic.
4.  Evaluation:  Ears will be clear of wax or repeat procedure.

**Eyes**  (Irritated)

1.  Assessment:  Check vision for redness.
2.  Nursing diagnosis:  None.
3.  Planning:  Do not use medication if patient has pain or problems with vision.  Otherwise, use saline eye rinse.
4.  Evaluation:  Notify physician if symptoms do not resolve or if there is eye pain or visual changes.

**Fainting**

1.  Assessment:  Evaluate of loss of consciousness and non-verbal response.
2.  Nursing diagnosis:  1.4.1.1, Altered tissue perfusion.
3.  Planning:  Aromatic ammonia.  Crush covered capsule between fingers and carefully allow subject to inhale vapor.  Do not use if face is flushed.  Check vital signs.
4.  Evaluation:  Notify physician if loss of consciousness does not return to normal or any signs of injury.

**Fever**

1.  Assessment:  Take temperature.
2.  Nursing diagnosis:  1.2.2.1, Ineffective bid thermoregulation.
3.  Planning:  Continue to monitor daily.  APAP/ASA as directed (minor aches and pains).  If fever is above 101 degrees F or lasts above 2 days, notify a physician.
4.  Evaluation:  Fever will resolve or notify physician.

**Headaches**

1.  Assessment:  Check inmate's blood pressure and pulse.
2.  Nursing diagnosis: 9.1.1, Pain.
3.  Planning:  If any associated neurologic symptoms, such as weakness, numbness, or unequal pupils, call physician immediately.  Otherwise, APAP/ASA as directed (minor aches and pains).
4.  Evaluation:  None.

**Heartburn**

1.  Assessment:  Assess type of pain.  Rule out chest pain.
2.  Nursing diagnosis: 98.1.1, Pain.
3.  Planning:  After ruling out chest pain, give Mylanta 15 to 30 cc qid prn or Tums 3-4 prn.
4.  Evaluation:  If chest pain, diarrhea, or symptoms persist above 1 week, notify physician.

**Hemorrhoids**

1.  Assessment:  Check the rectal area, if inmate allows, to see large swollen, usually purple in color, hemmorrhoid.
2.  Nursing diagnosis:  1.6.2.1, Impaired tissue integrity.
3.  Planning:  Hot soaks, increase fluids, no straining with stools.  Anusol HC suppositories 1 bid and Metamucil 1 tsp two to three times a day.
4.  Evaluation:  If symptoms don't resolve in 1 week, schedule with physician to check for perirectal warts.

**Lice**

1.  Assessment:  Check for lice or crabs.
2.  Nursing diagnosis: 6.5.2, Bathing/hygiene self care deficit.
3.  Planning:  Change clothes, bedding, spray cell.  Shower with Kwell shampoo 1 oz. as directed on package insert.
4.  Evaluation:  May repeat one time in next week.  Notify physician if more than two applications needed.

**Mace and pepper gas**

1.  Assessment:  Inmate will complain of burning and being sprayed with mace.  Facial/eye redness.  May be officer report.
2.  Nursing diagnosis: 1.6.2.1.1, Altered oral mucous membrane.
3.  Planning:
    Mace:  Wash all affected areas with soap and water, especially hands and face.  Mace is petroleum based and continues to cause irritation if not removed.  Saline rinse to eyes.
    Pepper:  Wash all affected areas with tap water.  May cause swelling of mucous membranes.  Expose to fresh air if possible.
4.  Evaluation:  Continue to monitor until improved.

**Minor aches and pains**

1.  Assessment:  Assess pain and origin.  Rule out drug allergies and pregnancy.
2.  Nursing diagnosis: 9.1.1, Pain.
3.  Planning:  Acetaminophen (APAP) 500 mg.  1 to 2 tablets bid prn, Buffered Aspirin (ASA) 650-mg prn, or Motrin 800-mg bid prn.
4.  Evaluation:  For occasional use only.  See physician if symptoms persist.

**Muscle soreness and minor strains**

1.  Assessment:  Examine injured part.  Rule out questionable fracture.

2.        Nursing diagnosis:  6.1.1.1, Impaired physical mobility.
3.        Planning:  Simple stretching of area.  Analgesic balm prn.  APAP/ASA (minor aches and pains).
4.        Evaluation:  Continue follow-up until improved or see physician.

### Nasal congestion

1.        Assessment:  If inmate complains of congestion, check for hypertension (history or take blood pressure).  Blood pressure needs to be controlled (less than 160/95).
2.        Nursing diagnosis: 1.5.1.2, Ineffective airway clearance.
3.        Planning:  Sudafed 60-mg prn or Chlorphenarmine one bid prn.
4.        Evaluation:  Schedule clinic bid if pus noted or if no improvement in a few weeks.

### Periodontal disease

1.        Assessment:  Examine the teeth and gums to see if they are red, swollen, and with pockets forming.  Gingival borders are usually receding from the gums.
2.        Nursing diagnosis: 1.6.2.1.1, Altered oral mucous membrane.
3.        Planning:  Brush teeth and gums three to four times daily.  Floss daily.  Call dentist or physician if pus noted.
4.        Evaluation:  Schedule clinic if pus noted or if no improvement in a few weeks.

### Rash

1.        Assessment:  Observe rash type, location, extent, and possible causes.  Check temperature.
2.        Nursing diagnosis: 1.6.2.1.2.1, Impaired skin integrity.
3.        Planning:  If localized without fever and open sores, apply Cortisone cream or Calamine lotion.  If generalized or with fever, call physician.
4.        Evaluation:  Continue to evaluate until clear or schedule clinic if not resolving.

### Scabies

1.        Assessment:  Examine skin for scabies or mites.  If unsure, call physician or schedule clinic.
2.        Nursing diagnosis: 6.5.2, Bathing/hygiene self care deficit.
3.        Planning:  Change clothes, bedding, spray cell.  Shower.  Lindane lot 1% 30 cc as directed on insert.  May repeat in 1 week.
4.        Evaluation:  Evaluate for additional infection.  Call physician if more than two treatments required.

### Sleep watch

1.        Assessment:  Inmates who complain of inability to sleep and show no signs of other problems such as depression, monitor sleep patterns over 3 days (72 hours).
2.        Nursing diagnosis: 6.2.1, Sleep pattern disturbance.
3.        Planning:  Complete Inmate Behavior Report to start 72-hour sleep check.  Pod officer to observe inmate every 60 minutes and record activity.
4.        Evaluation:  If depression or mental health concerns, refer to Counseling.  Call physician if sleeping less than 5 hours in 24 hours over a 3-day period.  Leave sleep checks in chart to be signed by physician.

**Sore throat/strep throat**

1.  Assessment:  Examine throat.  Take temperature.
2.  Nursing diagnosis:  1.2.1.1, High risk for Infection.
3.  Planning:  If inmate has pustular throat and fever, call physician for medication orders.  Take throat culture for strep (if ordered).  Salt water gargle.  Drink lots of fluids.  Rest.
4.  Evaluation: Follow up with temperature check until normal.

**Sprains and contusions**

1.  Assessment:  Evaluate amount of swelling and range of motion of the area or joint.
2.  Nursing diagnosis:  1.6.2.1, Impaired tissue integrity; 6.1.1.1, Impaired physical mobility.
3.  Planning:  If severe pain, swelling, or decreased circulation, send for x-ray or to Hospital.  Notify the physician as soon as possible or splint loosely with ace, ice, give crutches as needed, elevate, and rest affected area.  Recreation restriction.
4.  Evaluation: Schedule next clinic visit.  Continue to evaluate for worsening symptoms.

**Toothache**

1.  Assessment:  Check tooth and gums to see if there is redness or swelling.  Check temperature.
2.  Nursing diagnosis: 9.1.1, Pain; 1.2.1.1, High risk for Infection.
3.  Planning:  If elevated temperature, pain, redness, or swelling, call doctor or dentist.  If minor, APAP/ASA (see minor aches and pains).
4.  Evaluation:  Schedule doctor or dental clinic.

**Trusty injuries**

1.  Assessment:  Assess trusty injured/ill.  Release from work.
2.  Nursing diagnosis:  6.1.1.2, Activity intolerance.
3.  Planning:  Determine due to extent of injury or illness if inmate is to be off work 1 to 3 days.  Send Inmate Behavior Report with anticipated return.  Re-evaluate daily.  Keep pod officer and inmate work supervisor informed.  If trusty to be out more than 3 days, notify on Inmate Behavior Report.
4.  Evaluation:  If inmate discharged due to medical reasons, will need to see physician for clearance for work.  If less than 3 days trusty not discharged, notify pod office and work supervisor of return to work and any working restrictions.

**Vitamins**

1.  Assessment:  Inmates that request vitamins.
2.  Nursing diagnosis:  5.4, Health-seeking behaviors.
3.  Planning:  Inmate may have friend or family go to Pharmacy and purchase multi-vitamins of choice.  The vitamins will then be the property of that inmate to be given at release.  Dispense as directed.
4.  Evaluation: Dispense as directed.  If released before used, return on release.

**Vomiting**

Assessment: Check blood pressure, pulse, and temperature.  Evaluate for abdominal pain.
Nursing diagnosis: 1.4.1.2.2.2, High risk for fluid volume deficit.
Planning:  Call physician if vital signs abnormal and abdominal pain.  Clear liquids for 24 hours.
Evaluation:  Continue to evaluate until resolved.

## Warts

1.  Assessment: Observe for warts.
2.  Nursing diagnosis L: 1.6.2.1.2.1, Impaired skin integrity.
3.  Planning: Compound W bid, mild washcloth scrub.
4.  Evaluation: Continue medication until resolved. Clinic if not resolving or worsening.

## Weight loss

1.  Assessment: Inmate with complaints of weight loss.
2.  Nursing diagnosis: 1.1.2.2, Altered nutrition - less than body requirements.
3.  Planning: Get base line weight at time of complaint if physical exam not done yet.
4.  Evaluation: Schedule clinic.

## Wounds

1.  Assessment: Assess wound noting location, length, depth, and cause of wound.
2.  Nursing diagnosis: 1.6.2.1.2.1, Impaired skin integrity; 1.2.1.1, High risk for infection.
3.  Planning: Cleanse with soap and water, then Betadine (check allergies). Apply triple antibiotic and dressing. Shallow wounds other than face may be steri-stripped. Change dressing daily and prn. Call physician for any wound resulting from human bites. D.T. 0.5 cc IM (if last shot more than 10 years ago). Call physician if there is redness, swelling, or discharge.
4.  Evaluation: Continue wound care and evaluation until healed or schedule clinic.

**REV: 10/04**

# Integrative Detention Health Services, Inc.
## Policy And Procedure

**Policy Title:**     **Medical Treatment Protocols**

**NCCHC Standard:  37, 41**

## Policy

Integrative Detention Health Services staff have protocols approved by the facility physician in the treatment of common illnesses for which over-the-counter medications may be used.

## Procedures

Following is a list of common illnesses for which over-the-counter medications may be used by the inmate. Medical staff evaluate the location, educate the inmate, and provide medication as indicated.  The physician is called before giving any medications other than over-the-counter drugs.

### Acne

1.      Assessment:  Observe for pimples on face, back, or neck.
2.      Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity.
3.      Planning:  Wash face two to three times daily.  Keep hands off face.  Do not squeeze.  Schedule clinic for medications.
4.      Evaluation:  If conditions do not improve or resolve, reschedule clinic.

### Athlete's foot

1.      Assessment:  Observe for cracking and weeping.  Sometimes dry skin looks like tinea pedis.
2.      Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity.
3.      Planning:  Apply Clotrimazole cream bid for 14 days.
4.      Evaluation:  If not resolved in 2 weeks, see physician.

### Burns

#### First Degree
1.      Assessment:  Assess degree of burn.  First degree is redness without blisters and with pain.
2.      Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity.
3.      Planning:  Place a cool cloth on burn or immerse in cool water.  APAP/ASA as directed (minor aches and pains).
4.      Evaluation:  Chart outcome.

#### Second Degree
1.      Assessment:  Assess degree of burn.  Second degree is redness with blisters and pain.
2.      Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity.
3.      Planning:  Call physician for moderate to large burn.  If very small, immerse in cool water. Provide wound care and observe for infection.
4.      Evaluation:  If not healing well or infected, call physician.  Schedule clinic for follow up on large burns.  Chart follow-up care.

**Third Degree**
1.    Assessment:  Assess degree of burn.  Charred.
2.    Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity; 1.4.1.1, Altered tissue perfusion.
3.    Planning:  Call physician for moderate area.
4.    Evaluation:  Chart follow-up care.

**Callous**
1.    Assessment:  Assess area.
2.    Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity.
3.    Planning:  Schedule clinic.
4.    Evaluation:  If not resolved in 2 weeks, reschedule clinic.

**Cold**

1.    Assessment:  Ask inmate about bid symptoms.  Take bid temperature.  Check throat, lungs, and ears.
2.    Nursing diagnosis:  1.2.1.1, High risk for infection.
3.    Planning:  Sudafed 60 mg  prn OR Actifed 1 prn generic cold/sinus, 2 tabs bid.  Hold blood pressure 160/95 or >.  For temperature above 101 degrees F, call physician.
4.    Evaluation:  If medication is needed for longer than 1 week or fever is more than 101 degrees F, schedule clinic.

**Cold Sores**

1.    Assessment:  Observe lesion.
2.    Nursing diagnosis:  1.6.2.1.1, Altered oral mucous membrane.
3.    Planning:  Camphophenique
4.    Evaluation:  If not resolved in 2 weeks, schedule clinic.

**Constipation**

1.    Assessment:  Inmate should define as hard or infrequent stools.  Assess bowel sounds and evaluate for abdominal pain.
2.    Nursing diagnosis:  1.3.1.1, Constipation.
3.    Planning:  Milk of Magnesia 30 cc at bedtime followed by Metamucil 1 tsp two to three times daily.  Call physician if abdominal pain or no bowel sounds.
4.    Evaluation:  Schedule clinic if symptoms persist.

**Contact Lens Care**

1.    Assessment:  Applies to inmates with contacts.
2.    Nursing diagnosis:  7.2, Sensory/perceptual alteration.
3.    Planning:  Provide contact case and solutions dispensed by nurse.
4.    Evaluation:  Adequate contact equipment provided.  If inmate wishes to purchase saline (unopened package), he may keep that in his cell.  All other cleaners must be kept on cart or in mini-control.

**Cough**

1.    Assessment:  Ask inmate about symptoms.  Check temperature, lung sounds, and color of sputum.
2.    Nursing diagnosis:  1.2.1.1, High risk for infection.
3.    Planning:  Guiatuss DM 2 tsp q4h.  If cough producing green/yellow sputum and fever present, notify physician.
4.    Evaluation:  If symptoms persist longer than 1 week, notify physician.

**Dandruff**

1. Assessment: Examine hair for flaky scalp.
2. Nursing diagnosis: 1.6.2.1.2.1, Impaired skin integrity.
3. Planning: Inmate can obtain dandruff shampoo at commissary.
4. Evaluation: If inmate condition does not improve or indigent, see physician.

**Diarrhea**

1. Assessment: Take temperature and pulse.
2. Nursing diagnosis: 1.4.1.2.2.1, Fluid volume deficit.
3. Planning: Clear liquids for 24 hours. Kaopectate or anti-diarrhea as directed.
4. Evaluation: Call physician if symptoms last longer than 24 hours or for temperature above 101 degrees F.

**Dry skin/lips**

1. Assessment: Evaluate skin for dry or scaly areas.
2. Nursing diagnosis: 1.6.2.1.2.1, Impaired skin integrity.
3. Planning: Avoid detergent soaps. Use moisturizing soap. Bathe every other day. Limit soap use too auxiliary, pubic, and perineal areas. Eucerin cream daily to dry areas. Vaseline for lips.
4. Evaluation: See physician if not resolving or worsening.

**Ear Wax**

1. Assessment: Evaluate ear canals for wax. If unable to see eardrum, proceed.
2. Nursing diagnosis: 7.2, Sensory/perceptual alteration.
3. Planning: Debrox 5 to 10 gtts bid in ear(s) for 3 days. Start on Monday. Irrigate with warm water at time of clinic.
4. Evaluation: Ears will be clear of wax or repeat procedure.

**Eyes** (Irritated)

1. Assessment: Check vision for redness.
2. Nursing diagnosis: None.
3. Planning: Do not use medication if patient has pain or problems with vision. Otherwise, use saline eye rinse.
4. Evaluation: Notify physician if symptoms do not resolve or if there is eye pain or visual changes.

**Fainting**

1. Assessment: Evaluate of loss of consciousness and non-verbal response.
2. Nursing diagnosis: 1.4.1.1, Altered tissue perfusion.
3. Planning: Aromatic ammonia. Crush covered capsule between fingers and carefully allow subject to inhale vapor. Do not use if face is flushed. Check vital signs.
4. Evaluation: Notify physician if loss of consciousness does not return to normal or any signs of injury.

**Fever**

1. Assessment: Take temperature.
2. Nursing diagnosis: 1.2.2.1, Ineffective bid thermoregulation.
3. Planning: Continue to monitor daily. APAP/ASA as directed (minor aches and pains). If fever is above 101 degrees F or lasts above 2 days, notify a physician.
4. Evaluation: Fever will resolve or notify physician.

**Headaches**

1.  Assessment:  Check inmate's blood pressure and pulse.
2.  Nursing diagnosis:  9.1.1, Pain.
3.  Planning:  If any associated neurologic symptoms, such as weakness, numbness, or unequal pupils, call physician immediately.  Otherwise, APAP/ASA as directed (minor aches and pains).
4.  Evaluation:  None.

**Heartburn**

1.  Assessment:  Assess type of pain.  Rule out chest pain.
2.  Nursing diagnosis:  98.1.1, Pain.
3.  Planning:  After ruling out chest pain, give Mylanta 15 to 30 cc qid prn or Tums 3-4 prn.
4.  Evaluation:  If chest pain, diarrhea, or symptoms persist above 1 week, notify physician.

**Hemorrhoids**

1.  Assessment:  Check the rectal area, if inmate allows, to see large swollen, usually purple in color, hemmorrhoid.
2.  Nursing diagnosis:  1.6.2.1, Impaired tissue integrity.
3.  Planning:  Hot soaks, increase fluids, no straining with stools.  Anusol HC suppositories 1 bid and Metamucil 1 tsp two to three times a day.
4.  Evaluation:  If symptoms don't resolve in 1 week, schedule with physician to check for perirectal warts.

**Lice**

1.  Assessment:  Check for lice or crabs.
2.  Nursing diagnosis:  6.5.2, Bathing/hygiene self care deficit.
3.  Planning:  Change clothes, bedding, spray cell.  Shower with Kwell shampoo 1 oz. as directed on package insert.
4.  Evaluation:  May repeat one time in next week.  Notify physician if more than two applications needed.

**Mace and pepper gas**

1.  Assessment:  Inmate will complain of burning and being sprayed with mace.  Facial/eye redness.  May be officer report.
2.  Nursing diagnosis:  1.6.2.1.1, Altered oral mucous membrane.
3.  Planning:
    Mace:  Wash all affected areas with soap and water, especially hands and face.  Mace is petroleum based and continues to cause irritation if not removed.  Saline rinse to eyes.
    Pepper:  Wash all affected areas with tap water.  May cause swelling of mucous membranes.  Expose to fresh air if possible.
4.  Evaluation:  Continue to monitor until improved.

**Minor aches and pains**

1.  Assessment:  Assess pain and origin.  Rule out drug allergies and pregnancy.
2.  Nursing diagnosis:  9.1.1, Pain.
3.  Planning:  Acetaminophen (APAP) 500 mg.  1 to 2 tablets bid prn, Buffered Aspirin (ASA) 650-mg prn, or Motrin 800-mg bid prn.
4.  Evaluation:  For occasional use only.  See physician if symptoms persist.

**Muscle soreness and minor strains**

1.  Assessment:  Examine injured part.  Rule out questionable fracture.

2.     Nursing diagnosis: 6.1.1.1, Impaired physical mobility.
3.     Planning: Simple stretching of area. Analgesic balm prn. APAP/ASA (minor aches and pains).
4.     Evaluation: Continue follow-up until improved or see physician.

### Nasal congestion

1.     Assessment: If inmate complains of congestion, check for hypertension (history or take blood pressure). Blood pressure needs to be controlled (less than 160/95).
2.     Nursing diagnosis: 1.5.1.2, Ineffective airway clearance.
3.     Planning: Sudafed 60-mg prn or Chlorphenarmine one bid prn.
4.     Evaluation: Schedule clinic bid if pus noted or if no improvement in a few weeks.

### Periodontal disease

1.     Assessment: Examine the teeth and gums to see if they are red, swollen, and with pockets forming. Gingival borders are usually receding from the gums.
2.     Nursing diagnosis: 1.6.2.1.1, Altered oral mucous membrane.
3.     Planning: Brush teeth and gums three to four times daily. Floss daily. Call dentist or physician if pus noted.
4.     Evaluation: Schedule clinic if pus noted or if no improvement in a few weeks.

### Rash

1.     Assessment: Observe rash type, location, extent, and possible causes. Check temperature.
2.     Nursing diagnosis: 1.6.2.1.2.1, Impaired skin integrity.
3.     Planning: If localized without fever and open sores, apply Cortisone cream or Calamine lotion. If generalized or with fever, call physician.
4.     Evaluation: Continue to evaluate until clear or schedule clinic if not resolving.

### Scabies

1.     Assessment: Examine skin for scabies or mites. If unsure, call physician or schedule clinic.
2.     Nursing diagnosis: 6.5.2, Bathing/hygiene self care deficit.
3.     Planning: Change clothes, bedding, spray cell. Shower. Lindane lot 1% 30 cc as directed on insert. May repeat in 1 week.
4.     Evaluation: Evaluate for additional infection. Call physician if more than two treatments required.

### Sleep watch

1.     Assessment: Inmates who complain of inability to sleep and show no signs of other problems such as depression, monitor sleep patterns over 3 days (72 hours).
2.     Nursing diagnosis: 6.2.1, Sleep pattern disturbance.
3.     Planning: Complete Inmate Behavior Report to start 72-hour sleep check. Pod officer to observe inmate every 60 minutes and record activity.
4.     Evaluation: If depression or mental health concerns, refer to Counseling. Call physician if sleeping less than 5 hours in 24 hours over a 3-day period. Leave sleep checks in chart to be signed by physician.

**Sore throat/strep throat**

1. Assessment: Examine throat. Take temperature.
2. Nursing diagnosis: 1.2.1.1, High risk for Infection.
3. Planning: If inmate has pustular throat and fever, call physician for medication orders. Take throat culture for strep (if ordered). Salt water gargle. Drink lots of fluids. Rest.
4. Evaluation: Follow up with temperature check until normal.

**Sprains and contusions**

1. Assessment: Evaluate amount of swelling and range of motion of the area or joint.
2. Nursing diagnosis: 1.6.2.1, Impaired tissue integrity; 6.1.1.1, Impaired physical mobility.
3. Planning: If severe pain, swelling, or decreased circulation, send for x-ray or to Hospital. Notify the physician as soon as possible or splint area loosely with ace, ice, give crutches as needed, elevate, and rest affected area. Recreation restriction.
4. Evaluation: Schedule next clinic visit. Continue to evaluate for worsening symptoms.

**Toothache**

1. Assessment: Check tooth and gums to see if there is redness or swelling. Check temperature.
2. Nursing diagnosis: 9.1.1, Pain; 1.2.1.1, High risk for Infection.
3. Planning: If elevated temperature, pain, redness, or swelling, call doctor or dentist. If minor, APAP/ASA (see minor aches and pains).
4. Evaluation: Schedule doctor or dental clinic.

**Trusty injuries**

1. Assessment: Assess trusty injured/ill. Release from work.
2. Nursing diagnosis: 6.1.1.2, Activity intolerance.
3. Planning: Determine due to extent of injury or illness if inmate is to be off work 1 to 3 days. Send Inmate Behavior Report with anticipated return. Re-evaluate daily. Keep pod officer and inmate work supervisor informed. If trusty to be out more than 3 days, notify on Inmate Behavior Report.
4. Evaluation: If inmate discharged due to medical reasons, will need to see physician for clearance for work. If less than 3 days trusty not discharged, notify pod office and work supervisor of return to work and any working restrictions.

**Vitamins**

1. Assessment: Inmates that request vitamins.
2. Nursing diagnosis: 5.4, Health-seeking behaviors.
3. Planning: Inmate may have friend or family go to Pharmacy and purchase multi-vitamins of choice. The vitamins will then be the property of that inmate to be given at release. Dispense as directed.
4. Evaluation: Dispense as directed. If released before used, return on release.

**Vomiting**

Assessment: Check blood pressure, pulse, and temperature. Evaluate for abdominal pain.
Nursing diagnosis: 1.4.1.2.2.2, High risk for fluid volume deficit.
Planning: Call physician if vital signs abnormal and abdominal pain. Clear liquids for 24 hours.
Evaluation: Continue to evaluate until resolved.

### Warts

1.  Assessment:  Observe for warts.
2.  Nursing diagnosis L:  1.6.2.1.2.1, Impaired skin integrity.
3.  Planning:  Compound W bid, mild washcloth scrub.
4.  Evaluation:  Continue medication until resolved.  Clinic if not resolving or worsening.

### Weight loss

1.  Assessment:  Inmate with complaints of weight loss.
2.  Nursing diagnosis:  1.1.2.2, Altered nutrition - less than body requirements.
3.  Planning:  Get base line weight at time of complaint if physical exam not done yet.
4.  Evaluation:  Schedule clinic.

### Wounds

1.  Assessment:  Assess wound noting location, length, depth, and cause of wound.
2.  Nursing diagnosis:  1.6.2.1.2.1, Impaired skin integrity; 1.2.1.1, High risk for infection.
3.  Planning:  Cleanse with soap and water, then Betadine (check allergies).  Apply triple antibiotic and dressing.  Shallow wounds other than face may be steri-stripped.  Change dressing daily and prn.  Call physician for any wound resulting from human bites.  D.T. 0.5 cc IM (if last shot more than 10 years ago)  Call physician if there is redness, swelling, or discharge.
4.  Evaluation:  Continue wound care and evaluation until healed or schedule clinic.

**REV: 10/04**

## Integrative Detention Health Services, Inc.
### Progress Record
#### (Medical-Dental)

Name: Robinson, Monica          State I.D. Number: _____
Date of Birth: 12-15-79     Race: W   Sex: F
Allergies: NKDA _____

| Date / Time | Notes | Initials |
|---|---|---|
| 7-23-10/1245 | Eval c/o back px, ® side a ® shoulder px for 2 weeks and has not seen Dr A-i,t. Px started after falling/being pushed into a couch, lumbar area is tender to pt when palpated. No bruising, redness, or deformity is noted. Pt stated she was hospitalized aprox 1½ weeks ago due to staph infection. She felt like the staph was causing her shoulder to hurt and wanted to go to ED. Arms a shoulder are normal to touch a pt state px when arm is extended forward and when moving it back. Px denied when holding arm next to the side. When pt 1st came to medical she was crying saying she could not breath due to px. After she calmed down she did not appear to be in any distress. CRT < 2 sec, skin color normal, lung sounds clear a equal. Pt admitted to have a history of drug use including Meth. Pt walked back to her cell without any trouble. Tx: Tylenol 1000mg BID x 10 day, monitor ———— | MA/BB |
| 7-24-10 | Pt was f/u with at her mothers request. Mother stated she was concerned that she was getting staph inft again and she was crying during visit. Pt stated she was still hurting and that nothing had really changed since yesterday. No change was noted. Tx: start ultram 50 mg BID. I will tell her mother that since she works in lab that if pt consents and she furnishes supplies that I will be glad to draw blood for her to check. ———— | MA/BB |
| | | |

REV. 12/99


PLAINTIFF'S EXHIBIT
2

**Integrative Detention Health Services, Inc.**
**Progress Record**
(Medical-Dental)

Name: Robinson, Monica ___ State I.D. Number: _____
Date of Birth: 12-15-79 ___ Race: W Sex: F
Allergies: ___ NKDA ___

| Date / Time | Notes | Initials |
|---|---|---|
| 2-30-10/1015 | C/o constipation + back px, pt states last BM 3 days ago, also that this is a reacuring thing + also states back is still hurty, due to thin mattress. Pt states arm + shoulder are feeling better. Tx: 3 correctal now + 2 in PM, if needed. Drink plenty of water with meds + during the day _____ | ___ |
| 8-3-10/9:30 | Female officer present: Pt ambulatory into room w/o help, states she is constipated. Denies BM x 12 days. Seen nurse on 7-30-10 for same complaint - Rec correctal w/o relief. Also some N & V. Hx of constipation for a year now. Exam (+) A & O x 3, skin W/D pink. Abd. mild distention, soft, non-tender, Bowel sounds one present, Tx Mag citrate - one bottle now. Drink plenty of water. Advised pt and officer to monitor - after BM, start stool softner. | RC |
| 8-6-10 | C/o back px, states due to altercation. Ambulatory/amb - sitting upright in chair. (+) A x 3, skin w/d pink. Nerve functions intact. Good PMS x 4, No obvious signs of trauma noted to back. Nurse seen pt for complaint earlier - Tx w/ ultram and motrin. Pt also states she bought tylenol on store call. Instructed officer not to allow - this and educated pt on dangers of too much meds. Pt states feels like maybe myrenle. Tx DC px meds and started Flexeril 10mg BID. Monitor pt. + physical activity _____ | RC/BR |

REV. 12/99

**Integrative Detention Health Services, Inc.**
**Progress Record**
**(Medical-Dental)**

Name: Robinson, Monica          State I.D. Number: _____
Date of Birth: 12-15-79        Race: W   Sex: F
Allergies: NKDA

| Date / Time | Notes | Initials |
|---|---|---|
| 8-10-10/0630 | c/o back px, numbness to legs, unable to walk or urinate. Pt walked to med room c assistance from one other inmate. She sits in chair z problem. She states that numbness started yesterday afternoon and is best described as if she had a epidural. Has urinated once a day for past 2 days but nothing last night or this AM. Also states Flexeril is not helping. She denies any new injury. Upon exam of lower extremities - skin is WdD c good color. She raises both feet and holds them out for exam; Babinski is positive bilateral. She has good movement c sensation in both feet. ABD does not appear any larger than the 1st time I seen her. She left room c assistance but putting weight on both feet & moving them in short steps. Tx: D/C Flexeril a start Soma 350 mg BID. continue to monitor pt mobility & urination. If no markable improvement in pt c/o consider sending to Dr. | NA/BB |
| 8-11-10/AM | called to chk on pt due to concern of ↓ mobility & ↓ urination. spoke c DO who said pt had urinated once or twice because she had had her sheet changed. Tx: continue to monitor and follow plan | NA |
| 8-11-10/PM | Notified by B. Bailey to go to jail and check on pt due to concerns at request of Capt. McLeod. Enroute to jail I was notified that Capt. McLeod had called 911 & EMS was enroute to take her to hospital. I returned home. | NA |
| | | |
| | | |
| | | |

REV. 12/99

# Integrative Detention Health Services, Inc.

**Inmate Medical Request**

[ ] Dental    [✓] Medical    [ ] Mental Health
(Please Check One Of The Above)

Print Only
Date: _Mich___  Time: _____  Facility: _____  Cell #: _____

Name Of Inmate: _Mance K___  DOB: _12-15-79_

Problem: (In your own words) _____

## Do Not Write Below This Line

**For Staff Use Only:**  Temp/B/P: 110/74  Temp: 97.2  Pulse: 64  Resp: 14

S: Age: 30  Hgt. 5'5"  Wgt. ____  Smoker: Yes / No  Allergies: NKDA
LBM: 7-22-10  LMP: IUD  PMHX: Staph infection, hosp. 16 mos. Meds: none
Chief Complaint: back px x 2 weeks, after being pushed into sofa

| LOC | Airway | Breathing | Pulses | Circulation CRT | Skin Temp | Color | Neck Veins | Trachea |
|-----|--------|-----------|--------|-----|-----------|-------|-----------|---------|
| ☐ AOx4 | ✓ Normal | ☐ Clear | ☐ Normal | ☑ Normal | ☐ Warm | ☑ Pink | ☑ Normal | ☑ Midline |
| ☐ AOx3 | ☐ Labored | ☐ Wheeze R/L | ☐ Bounding | ☐ Delayed | ☐ Hot | ☐ Pale | ☐ Distended | ☐ Deviated L |
| ☐ AOx2 | ☐ Tachypneic | ☐ Rales R/L | ☐ Weak | ☐ Absent | ☐ Cool | ☐ Jaundice | ☐ Bruit Noted | ☐ Deviated R |
| ☐ Unresp. | ☐ Bradypneic | ☐ Rhonci R/L | ☐ Carotid Only | | ☑ Dry ☐ Wet | ☐ Cyanotic | | |
| | ☐ Other | ☐ Other | | | | | | |

| Abdomen | GI/GU Bladder | Bowel | Distal Pulses | Movement | Musculoskeletal Sensation | Survey | Past Surgeries: |
|---------|---------|-------|---------------|----------|------------|--------|-----------------|
| ☐ Soft | ☐ Normal | ☐ Present | ☐ Present | ☐ MAEW | ☐ Normal | ☐ Deformity | |
| ☐ Flat | ☐ Distended | ☐ Absent | ☐ Decreased | ☐ ROM < L | ☐ Abnormal Loc. | ☐ Contusion | |
| ☐ Nontender | ☐ Burning | ☐ Hyperactive | ☐ Absent | ☐ ROM < R | ☐ Absent Loc. | ☐ Abrasion | |
| ☐ Firm | ☐ Incont. | ☐ Hypoactive | | ☐ Tremors | | ☐ Laceration | |
| ☐ Distended | ☐ Hematuria | | | | | ☐ Other | |

Comments: _See progress notes_

Assessment: _____

Plan: ☑ Monitor, Inmate to advise if condition worsens or does not improve in ____ days.
☐ Inmate to increase fluid intake and exercise habits. Meds or RX given: _____

_Tylenol 1000 g. Tyb BID x 10 days, monitor_

Date: _7-23-10_   Time: _1245_   Clinician / Examiner: _____ / BB

REV: 11/04   _On Walker_

Integrative Detention Health Services, Inc.

**Inmate Medical Request**

[ ] Dental    [X] Medical    [ ] Mental Health
(Please Check One Of The Above)

Print Only:
Date: Monica Robinson   Time: _____   Facility: Hend   Cell #: B147

Name Of Inmate: Monica Robinson   DOB: 12-15-79

Problem: (In your own words)
back pin
constipated
_____
_____

**Do Not Write Below This Line**

For Staff Use Only:    B/P: _____   Temp: _____   Pulse: _____   Resp: _____

S: Age: _____   Hgt. _____   Wgt. _____   Smoker: Yes No   Allergies: _____
LBM: 7-27-10   LMP: _____   PMHX: _____   Meds: _____
Chief Complaint: As Above

| LOC | Airway | Breathing | Pulses | CRT | Circulation Skin Temp | Color | Neck Veins Trachea |
|---|---|---|---|---|---|---|---|
| ☑AOx4 | ☑Normal | ☑Clear | ☑Normal | ☑Normal | Skin Temp ☑Warm | ☑Pink | ☑Normal ☑Midline |
| ☐AOx3 | ☐Labored | ☐Wheeze R/L | ☐Bounding | ☐Delayed | ☐Hot | ☐Pale | ☐Distended ☐Deviated L |
| ☐AOx2 | ☐Tachypneic | ☐Rales  R/L | ☐Weak | ☐Absent | ☐Cool | ☐Jaundice | ☐Bruit Noted ☐Deviated R |
| ☐Unresp. | ☐Bradypneic | ☐Rhonci R/L | ☐Carotid Only | | ☑Dry ☐Wet | ☐Cyanotic | |
| | ☐Other | ☐Other | | | | | |

| Abdomen | GU/GU Bladder | Bowel | Distal Pulses | Movement | Musculoskeletal Sensation | Survey | Past Surgeries: |
|---|---|---|---|---|---|---|---|
| ☐Soft | ☐Normal | ☐Present | ☐Present | ☐MAEW | ☐Normal | ☐Deformity | _____ |
| ☐Flat | ☐Distended | ☐Absent | ☐Decreased | ☐ROM<L | ☐Abnormal Loc: | ☐Contusion | _____ |
| ☐Nontender | ☐Burning | ☐Hyperactive | ☐Absent | ☐ROM<R | ☐Absent Loc: | ☐Abrasion | _____ |
| ☐Firm | ☐Incont. | ☐Hypoactive | | ☐Tremors | | ☐Laceration | _____ |
| ☐Distended | ☐Hematuria | | | | | ☐Other | _____ |

Comments: pt states arm is better, constipation is chronic.
See progress notes

Assessment: _____

Plan: ☑Monitor, Inmate to advise if condition worsens or does not improve in _____ days.
☑Inmate to increase fluid intake and exercise habits. Meds or RX given:   ↑ H₂O.
____ 3 correctol now + 2 in ⊙PM if needed ∓ plenty of H₂O

Date: 7-30-10   Time: 1015   Clinician / Examiner: _____

REV: 11/04

## Integrative Detention Health Services, Inc.

**Inmate Medical Request**

[ ] Dental          ☑ Medical          [ ] Mental Health
(Please Check One Of The Above)

Print Only:
Date: Aug 3 2010    Time: _____    Facility: Hent    Cell #: B147

Name Of Inmate: Monica Robinson                    DOB: 12-15-75

Problem: (In your own words)
Back pain & constipation
_____
_____

**Do Not Write Below This Line**

---

For Staff Use Only:                     B/P: 118/70  Temp: _____  Pulse: 90  Resp: 12

S: Age: 29  Hgt: _____  Wgt: _____  Smoker: Yes No  Allergies: NKDA
LBM: _____  LMP: _____  PMHX: _____  Meds: _____
Chief Complaint: As Above

| LOC | Airway | Breathing | Pulses | CRT | Circulation Skin Temp | Color | Neck Veins | Trachea |
|-----|--------|-----------|--------|-----|----------|-------|-----------|---------|
| ☑A0x4 | ☑Normal | ☑Clear | ☑Normal | ☐Normal | ☐Warm | ☑Pink | ☑Normal | ☐Midline |
| ☐A0x3 | ☐Labored | ☐Wheeze R/L | ☐Bounding | ☐Delayed | ☐Hot | ☐Pale | ☐Distended | ☐Deviated L |
| ☐A0x2 | ☐Tachypneic | ☐Rales R/L | ☐Weak | ☐Absent | ☐Cool | ☐Jaundice | ☐Bruit Noted | ☐Deviated R |
| ☐Unresp. | ☐Bradypneic | ☐Rhonci R/L | ☐Carotid Only | | ☐Dry ☐Wet | ☐Cyanotic | | |
| | ☐Other | ☐Other | | | | | | |

| Abdomen | GI/GU Bladder | Bowel | Distal Pulses | Movement | Musculoskeletal Sensation | Survey | Past Surgeries: |
|---------|---------|-------|---------------|----------|----------|--------|-----------------|
| ☑Soft | ☑Normal | ☑Present | ☑Present | ☑MAEW | ☑Normal | ☐Deformity | |
| ☐Flat | ☐Distended | ☐Absent | ☐Decreased | ☐ROM<L | ☐Abnormal Loct._ | ☐Contusion | |
| ☐Nontender | ☐Burning | ☐Hyperactive | ☐Absent | ☐ROM<R | ☐Absent Loct._ | ☐Abrasion | |
| ☐Firm | ☐Incont. | ☐Hypoactive | | ☐Tremors | | ☐Laceration | |
| ☐Distended | ☐Hematuria | | | | | ☐Other | |

Comments: _____

Assessment: Abd. distended - slow bowel sounds

Plan: ☐Monitor, Inmate to advise if condition worsens or does not improve in _____ days.
☐Inmate to increase fluid intake and exercise habits. Meds or RX given: _____

Mag Citrate dr A & stool softner. call nurse if no BM today

Date: 8-3-10    Time: 930    Clinician / Examiner: BEn

REV: 11/04

## Integrative Detention Health Services, Inc.

[ ] Dental

Inmate Medical Request
[✓] Medical
(Please Check One Of The Above)

[ ] Mental Health

**Print Only:**

Date: Aug 6 2010   Time: _____   Facility: Hart   Cell #: B 147

Name Of Inmate: Monica Robinson   DOB: 12-15-79

**Problem: (In your own words)**
last night back pain got better then had bad spell with it tightness

---

**Do Not Write Below This Line**

---

**For Staff Use Only:**

B/P: 110/10   Temp: _____   Pulse: 80   Resp: 12

S: Age: 29   Hgt. _____   Wgt. _____   Smoker: Yes No   Allergies: _____

LBM: _____   LMP: _____   PMHX: _____   Meds: _____

Chief Complaint: _____

| LOC | Airway | Breathing | Pulses | CRT | Circulation Skin Temp | Color | Neck Veins | Trachea |
|---|---|---|---|---|---|---|---|---|
| ☐ AOx4 | ☑ Normal | ☑ Clear | ☐ Normal | ☐ Normal | ☐ Warm | ☐ Pink | ☑ Normal | ☐ Midline |
| ☐ AOx3 | ☐ Labored | ☐ Wheeze R/L | ☐ Bounding | ☐ Delayed | ☐ Hot | ☐ Pale | ☐ Distended | ☐ Deviated L |
| ☐ AOx2 | ☐ Tachypneic | ☐ Rales  R/L | ☐ Weak | ☐ Absent | ☐ Cool | ☐ Jaundice | ☐ Bruit Noted | ☐ Deviated R |
| ☐ Unresp. | ☐ Bradypneic | ☐ Rhonci R/L | ☐ Carotid Only | | ☐ Dry ☐ Wet | ☐ Cyanotic | | |
| | ☐ Other | ☐ Other | | | | | | |

| Abdomen | GI/GU Bladder | Bowel | Distal Pulses | Movement | Musculoskeletal Sensation | Survey | Past Surgeries: |
|---|---|---|---|---|---|---|---|
| ☑ Soft | ☐ Normal | ☐ Present | ☑ Present | ☑ MAE W | ☐ Normal | ☐ Deformity | |
| ☐ Flat | ☐ Distended | ☐ Absent | ☐ Decreased | ☐ ROM < L | ☐ Abnormal Loc: | ☐ Contusion | |
| ☐ Nontender | ☐ Burning | ☐ Hyperactive | ☐ Absent | ☐ ROM < R | ☐ Absent Loc: | ☐ Abrasion | |
| ☐ Firm | ☐ Incont. | ☐ Hypoactive | | ☐ Tremors | | ☐ Laceration | |
| ☐ Distended | ☐ Hematuria | | | | | ☐ Other | |

**Comments:** _____

**Assessment:** Neuro functions intact - w/o deficits

**Plan:** ☐ Monitor, Inmate to advise if condition worsens or does not improve in _____ days.
☐ Inmate to increase fluid intake and exercise habits. Meds or RX given: _____

Flexeril 10mg BID + F/u

Date: 8-6-10   Time: 11:30   Clinician / Examiner: BEa____/13B

REV: 11/04

# Integrative Detention Health Services, Inc.

**Inmate Medical Request**

[ ] Dental  [X] Medical  [ ] Mental Health
(Please Check One Of The Above)

Print Only:
Date: _Aug 9 2010_ _Mona Robinson_  Time: _____  Facility: _Hart_  Cell #: _____

Name Of Inmate: _Monica Robinson_  DOB: _12-15-79_

Problem: (In your own words)

_____
_____
_____
_____

## Do Not Write Below This Line

**For Staff Use Only:**  B/P: _____  Temp: _____  Pulse: _____  Resp: _____

S: Age: _____  Hgt. _____  Wgt. _____  Smoker: Yes No  Allergies: _____
LBM: _____  LMP: _____  PMHX: _____  Meds: _____
Chief Complaint: _numbness to legs, unable to walk & help, unable to urinate._

| LOC | Airway | Breathing | Pulses | CRT | Circulation | | | Neck Veins | Trachea |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Skin Temp** | **Color** | | | |
| [X] AOx4 | [X] Normal | [X] Clear | [X] Normal | [X] Normal | [X] Warm | [X] Pink | | [ ] Normal | [ ] Midline |
| [ ] AOx3 | [ ] Labored | [ ] Wheeze R/L | [ ] Bounding | [ ] Delayed | [ ] Hot | [ ] Pale | | [ ] Distended | [ ] Deviated L |
| [ ] AOx2 | [ ] Tachypneic | [ ] Rales R/L | [ ] Weak | [ ] Absent | [ ] Cool | [ ] Jaundice | | [ ] Bruit Noted | [ ] Deviated R |
| [ ] Unresp. | [ ] Bradypneic | [ ] Rhonci R/L | [ ] Carotid Only | | [ ] Dry [ ] Wet | [ ] Cyanotic | | | |
| | [ ] Other | [ ] Other | | | | | | | |

| Abdomen | GU/GU Bladder | Bowel | Distal Pulses | Movement | Musculoskeletal Sensation | | Survey | Past Surgeries: |
|---|---|---|---|---|---|---|---|---|
| [ ] Soft | [ ] Normal | [ ] Present | [ ] Present | [ ] MAEW | [ ] Normal | | [ ] Deformity | |
| [ ] Flat | [ ] Distended | [ ] Absent | [ ] Decreased | [ ] ROM < L | [ ] Abnormal Loc: | | [ ] Contusion | |
| [ ] Nontender | [ ] Burning | [ ] Hyperactive | [ ] Absent | [ ] ROM < R | [ ] Absent Loc: | | [ ] Abrasion | |
| [ ] Firm | [ ] Incont. | [ ] Hypoactive | | [ ] Tremors | | | [ ] Laceration | |
| [ ] Distended | [ ] Hematuria | | | | | | [ ] Other | |

Comments: _pt had help walking to med. during exam she was able to raise foot &_
_complete_

Assessment: _See Progress notes_

Plan: [X] Monitor, Inmate to advise if condition worsens or does not improve in _____ days.
[ ] Inmate to increase fluid intake and exercise habits. Meds or RX given: _D/C Flexeril pt_
_Flexeril it is not working. Soma 350 mg BID_

Date: _8-10-10_  Time: _0830_  Clinician / Examiner: _[signature] BB_

REV: 11/04