IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MONICA ROBINSON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | No. 3:12-CV-20 (CAR) |
| INTEGRATIVE DETENTION : | |
| HEALTH SERVICES, INC., et al., : | |
| : | |
| Defendants. : | |
| : | |

### ORDER TO DROP PARTIES

Before the Court is Plaintiff Monica Robinson and Defendants Integrative Detention Health Services; Bruce A. Bailey, LPN; Mike Adams, EMT; and Brian Evans, EMT's, Motion to Drop Fewer Than All Parties [Doc. 105]. Therein, the parties seek to dismiss the aforementioned Defendants from the instant litigation with prejudice. In the Motion, the parties state that Plaintiff's claims against these Defendants have been resolved.

Having considered the parties' Motion, the relevant facts, and applicable law, and for good cause shown, the parties' Motion to Drop Fewer Than All Parties [Doc. 105] is **GRANTED**. Defendants Integrative Detention Health Services; Bruce A. Bailey, LPN; Mike Adams, EMT; and Brian Evans, EMT; are hereby **DISMISSED** from the instant action. The following pending motions are consequently terminated as

1

**MOOT**: Plaintiff's Motion to Dismiss Party Brian Evans [Doc. 78]; and Motion for Summary Judgment [Doc. 49] filed by Defendants Mike Adams, Bruce Bailey, Brian Evans, and Integrative Detention Health Services Inc.  Plaintiff's claims against Defendants Hart County Georgia, Sheriff Mike Cleveland, and Robert J. Williams remain.

    **SO ORDERED,** this 20th day of June, 2013.

                                              S/ C. Ashley Royal
                                              C. ASHLEY ROYAL
                                              UNITED STATES DISTRICT JUDGE

LMH