**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**
**AT ATHENS, GEORGIA**



**MINUTE SHEET**
**OF COURT PROCEEDINGS ( )**

Date:  08/01/2014                              Type of Hearing:       Pretrial Teleconference

Judge:  C. Ashley Royal                        Court Reporter:        Sally Gray

Courtroom Deputy:  Lee Anne Purvis     Law Clerk:

### Case Number: 3:12-cv-20(CAR)

Monica Robinson                  Counsel:           Craig Jones

          vs.

Hart County, Georgia, et al.     Counsel:           Drew Marshall
                                                    Walter Gordon
                                                    John Dickerson
                                                    Austin Perry

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:/39**

10:01   The Court understands that the only claim remaining is the medical malpractice claim. The Court further understands that settlement has been reached on statutory claim and directs defense counsel to submit a proposed order.  The Court notes that the collateral source issue is moot.
10:06   The Court makes its ruling on remaining issues re: motions in limine.
10:10   The Court finds motions filed by Defendant Hart County are moot.
10:12   The Court inquires into the estimated length of trial and number of witnesses.
10:14   Discussion re: evidentiary matters re: Dr. Mendel/protocols.
10:29   John Dickerson sets forth additional issues for discussion.  Discussion re: additional exhibits for Defendant Williams.
10:34   Craig Jones inquires into formal ruling re: seeks clarification re: leading questions.
10:40   Matter concluded.