IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| MONICA ROBINSON | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action |
| | : | No. 3:12-CV-20 (CAR) |
| ROBERT J. WILLIAMS, M.D., | : | |
| | : | |
| Defendant. | : | |

Filed at 6:48 PM
8-6, 2014
[signature]
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## VERDICT FORM

**Check One:**

✓ We, the jury, find in favor of Plaintiff Monica Robinson and award damages in the amount of:

    General Damages  $ __300,000__

    Medical Bills  $ __152,917.50__

We apportion liability for the Plaintiff's damages as follows (**Note: you must write a percentage in each space below, and the two numbers below must equal 100%. If you find either Dr. Williams or IDHS is not liable you can enter 0%**).

    __33__ % Robert Williams, M.D.

    __67__ % Integrative Detention Health Services, Inc. (IDHS)

**OR**

____ We, the jury, find in favor of Defendant Robert Williams, M.D.

1

SO SAY WE ALL.

This the __6__ day of August, 2014.

_____
**Foreperson**