```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF GEORGIA
                    ATHENS DIVISION
```

MONICA ROBINSON,                )
                                )
     Plaintiff,                 )
                                )
v.                              )
                                )CIVIL ACTION NO.: 3:12-CV-20(CAR)
HART COUNTY, GEORGIA, et al.,   )
                                )
     Defendants.                )
_____ )

## STIPULATION OF DISMISSAL

NOW COME the parties, by and through counsel, and hereby stipulate and agree pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that plaintiff's claims against Defendant Hart County not previously dismissed through the Stipulation of Dismissal (Document 123) shall be and the same are hereby dismissed. This Stipulation of Dismissal does not affect plaintiff's claims against Defendant Williams, nor does it affect the agreement reached between plaintiff and Defendant Hart County which resulted in the Stipulation of Dismissal of plaintiff's state law claims for medical expenses against Defendant Hart County.

(signatures on following page)

|  | Respectfully submitted, |
|---|---|
| THE ORLANDO FIRM, P.C. | BEGNAUD & MARSHALL, LLP |
| s/Craig T. Jones<br>Craig T. Jones<br>Georgia Bar No. 399476<br>Decatur Court, Suite 400<br>315 West Ponce De Leon Avenue<br>Decatur, Georgia 30030<br>(404) 373-1800<br>craig@orlandofirm.com | s/Andrew H. Marshall<br>Andrew H. Marshall<br>Georgia Bar No. 471450<br>1091-B Founder's Boulevard<br>Post Office Box 8085<br>Athens, Georgia 30603<br>(706) 316-1150<br>dmarshall@athens1867.com |
| THE MCKILLIP LAW FIRM, LLC | THE GORDON LAW FIRM |
| Douglas C. McKillip, Esq.<br>Douglas C. McKillip, Esq.<br>Georgia Bar No. 495422<br>1022 Twelve Oaks Place<br>Suite 102<br>Watkinsville, GA 30677<br>(706) 546-6279<br>doug@dougmckillip.com | s/Walter J. Gordon<br>Walter J. Gordon<br>Georgia Bar No. 302488<br>415 East Howell Street<br>Post Office Box 870<br>Hartwell, Georgia 30643<br>(706) 376-5418<br>walter@gordonlawfirm.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT<br>HART COUNTY, GEORGIA |
|  | MCCLURE, RAMSAY, DICKERSON & ESCOE, LLP |
|  | s/John A. Dickerson<br>John A. Dickerson, Esq.<br>Georgia Bar No. 220800<br>Post Office Drawer 1408<br>Toccoa, Georgia 30577<br>(706) 886-3178<br>jad@mrdelaw.com |
|  | ATTORNEY FOR DEFENDANT WILLIAMS |